# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1944 **Short Title:** L. Women MA v. Trump

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
State of Texas as the

[✓] appellant(s) [ ] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/Dimitri N .Rocha
Signature

08/19/2026
Date

Dimitri N. Rocha
Name

Texas Attorney General
Firm Name (if applicable)

(512) 936-1700
Telephone Number

P.O. Box 12548 (MC-059)
Address

Fax Number

Austin, Texas, 78711
City, State, Zip Code

dimitri.rocha@oag.texas.gov
Email (required)

Court of Appeals Bar Number: 122668

Has this case or any related case previously been on appeal?

[✓] No [ ] Yes Court of Appeals No.____________________

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).