# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-1944 **Short Title:** LWVMA v. Trump

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
please see attached as the

[ ] appellant(s) [✓] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

Signature: [signature]

Date: August 24, 2026

Name: Niyati Shah

Firm Name (if applicable): Asian Americans Advancing Justice-AAJC

Telephone Number: 202-815-1098

Address: 1620 L Street, NW, Suite 1050

Fax Number:

City, State, Zip Code: Washington, DC 20036

Email (required): nshah@advancingjustice-aajc.org

Court of Appeals Bar Number: 1194608

Has this case or any related case previously been on appeal?

[✓] No [ ] Yes Court of Appeals No.________________

===================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

*Plaintiffs– Appellees Represented*

1. League of Women Voters of Massachusetts
2. League of Women Voters Lotte E. Scharfman Memorial Education Fund
3. League of Women Voters of the United States
4. League of Women Voters Education Fund
5. Association of Americans Resident Overseas
6. U.S. Vote Foundation
7. OCA-Asian Pacific American Advocates
8. Delta Sigma Theta Sorority, Inc.