**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

USDC Docket Number: 26cv11549-IT
USCA Docket Number: (26-1944)(26-1988)(26-1989)

League of Women Voters of Massachusetts et al

v.

Donald J. Trump et al

---

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed ____ paper documents __X__ electronic documents:

**Main Documents:**

Document Numbers: ECF No. 242 Electronic Order

**Other Documents:**

Sealed Records:

Document Numbers: ____________________

*Ex parte* Records:

Document Numbers: ____________________

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 31, 2026.

ROBERT M. FARRELL
Clerk of Court

By: /s/Matthew A. Paine
Deputy Clerk

---

Receipt of the documents in the above entitled case is hereby acknowledged this date: ______________.

______________________
Deputy Clerk, US Court of Appeals

APPEAL,CONSOLIDATED

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:26−cv−11549−IT

League of Women Voters of Massachusetts et al v. Trump et al
Assigned to: Judge Indira Talwani
related Cases: 1:26−cv−11581−IT
1:26−cv−13917−IT
Case in other court: USCA − First Circuit, 26−01944
USCA − First Circuit, 26−01988
USCA − First Circuit, 26−01989
Cause: 28:2201 Injunction

Date Filed: 04/02/2026
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**League of Women Voters of Massachusetts**

represented by

**Jessie J. Rossman**
ACLU of Massachusetts
Massachusetts
One Center Plaza
Suite 850
Boston, MA 02108
617−482−3170
Fax: 617−451−0009
Email: jrossman@aclum.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriel I. Cepeda Derieux**
American Civil Liberties Union Foundation
915 15th Street NW
Washington D.C., DC 20005
202−457−0800
Fax: 332−234−9285
Email: acepedaderieux@aclu.org
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
Brennan Center for Justice at NYU School of Law
1750 Broadway
Suite 1750
New York, NY 10271
646−292−8358
Email: garbera@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Brenda Wright**
NAACP Legal Defense & Educ. Fund
40 Rector Street

5th Floor
New York, NY 10006
212−965−2233
Email: bwright@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Clayton Pierce**
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
510−520−8501
Email: cpierce@aclu.org
*ATTORNEY TO BE NOTICED*

**Davin McKay Rosborough**
American Civil Liberties Union Foundation
125 Broad Street
10004
New York, NY 10004
212−549−2613
Email: drosborough@aclu.org
*ATTORNEY TO BE NOTICED*

**Ejaz H Baluch , Jr**
Asian Americans Advancing Justice−AAJC
Litigation
1620 L Street NW
Ste 1050
Washington, DC 20036
202−296−2300
Email: ebaluch@advancingjustice−aajc.org
*ATTORNEY TO BE NOTICED*

**Eliza Sweren−Becker**
Brennan Center for Justice
120 Broadway
New York, NY 10271
917−597−9040
Email: sweren−beckere@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Ethan Herenstein**
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212−549−2500
Email: eherenstein@aclu.org
*ATTORNEY TO BE NOTICED*

**Isabel Sara Rohani**
700 14th Street NW
Ste 600

Washington, DC 20005
202−365−2154
Email: srohani@naacpldf.org
*ATTORNEY TO BE NOTICED*

**John Spencer Cusick**
NAACP Legal Defense and Educational Fund, Inc.
40 Rector Street
5th Floor
New York, NY 10006
212−965−2200
Email: jcusick@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Jonathan Topaz**
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004
212−549−2640
Email: jtopaz@aclu.org
*ATTORNEY TO BE NOTICED*

**Justin Lam**
Brennan Center for Justice
777 6th St NW
Suite 1100
Washington, DC 20001
202−753−5911
Email: lamju@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**Leah Camille Aden**
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street
Ste 5th Floor
New York, NY 10006−1738
212−965−2200
Fax: 212−226−7592
Email: laden@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Ming Cheung**
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad St
18th Floor
New York, NY 10004
646−610−9943
Email: mcheung@aclu.org

*ATTORNEY TO BE NOTICED*

**Miranda Galindo**
LatinoJustice Prldef
475 Riverside Dr.
#1901
New York, NY 10115
917−209−7834
Email: mgalindo@latinojustice.org
*ATTORNEY TO BE NOTICED*

**Niyati Shah**
Asian Americans Advancing Justice−AAJC
1620 L Street, NW
Ste 1050
Washington, DC 20036
202−815−1098
Email: nshah@advancingjustice−aajc.org
*ATTORNEY TO BE NOTICED*

**Noah Baron**
Asian Americans Advancing Justice AAJC
1620 L Street NW
Suite 1050
Washington, DC 20036
202−868−0396
Email: nbaron@advancingjustice−aajc.org
*ATTORNEY TO BE NOTICED*

**Sarah E Brannon**
American Civil Liberties Union Foundation
Voting Rights Project
915 15th St NW
Washington, DC 20005
202−675−2337
Email: sbrannon@aclu.org
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
American Civil Liberties Union Foundation
Voting Rights Project
125 Broad Street
Ste 18th Floor
New York, NY 10004
212−519−7836
Email: slakin@aclu.org
*ATTORNEY TO BE NOTICED*

**Suzanne Schlossberg**
ACLU of Massachusetts
One Center Plaza
Ste 850

Boston, MA 02108
617−482−3170
Email: sschlossberg@aclum.org
*ATTORNEY TO BE NOTICED*

**Theresa J. Lee**
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004
212−549−2500
Email: tlee@aclu.org
*ATTORNEY TO BE NOTICED*

**Wendy Weiser**
Brennan Center for Justice
120 Broadway
Ste 1750
New York, NY 10271
917−445−3032
Email: weiserw@brennan.law.nyu.edu
*ATTORNEY TO BE NOTICED*

**William Miles Hughes**
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
347−327−1264
Email: whughes@aclu.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**League of Women Voters Lotte E. Scharfman Memorial Education Fund** represented by **Jessie J. Rossman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriel I. Cepeda Derieux**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brenda Wright**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clayton Pierce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Davin McKay Rosborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ejaz H Baluch , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren−Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Herenstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isabel Sara Rohani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Spencer Cusick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Topaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Lam**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah Camille Aden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ming Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miranda Galindo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Niyati Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Noah Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah E Brannon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Suzanne Schlossberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa J. Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wendy Weiser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Miles Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**League of Women Voters of the United States** represented by **Jessie J. Rossman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriel I. Cepeda Derieux**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brenda Wright**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clayton Pierce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Davin McKay Rosborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ejaz H Baluch , Jr**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren−Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Herenstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isabel Sara Rohani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Spencer Cusick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Topaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Lam**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ming Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miranda Galindo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Niyati Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Noah Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah E Brannon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Suzanne Schlossberg**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa J. Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wendy Weiser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Miles Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **League of Women Voters Education Fund** | represented by | **Jessie J. Rossman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Adriel I. Cepeda Derieux**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brenda Wright**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clayton Pierce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Davin McKay Rosborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ejaz H Baluch , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren−Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Herenstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isabel Sara Rohani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Spencer Cusick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Topaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Lam**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah Camille Aden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ming Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miranda Galindo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Niyati Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Noah Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah E Brannon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Suzanne Schlossberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa J. Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wendy Weiser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Miles Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Association of Americans Resident Overseas** represented by **Jessie J. Rossman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriel I. Cepeda Derieux**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brenda Wright**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clayton Pierce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Davin McKay Rosborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ejaz H Baluch , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren−Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Herenstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isabel Sara Rohani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Spencer Cusick**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Topaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Lam**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah Camille Aden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ming Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miranda Galindo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Niyati Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Noah Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah E Brannon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Suzanne Schlossberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa J. Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wendy Weiser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Miles Hughes**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**U.S. Vote Foundation** represented by **Jessie J. Rossman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriel I. Cepeda Derieux**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brenda Wright**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clayton Pierce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Davin McKay Rosborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ejaz H Baluch , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren−Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Herenstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isabel Sara Rohani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Spencer Cusick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Topaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Lam**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah Camille Aden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ming Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miranda Galindo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Noah Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah E Brannon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Suzanne Schlossberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa J. Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wendy Weiser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Miles Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**OCA−Asian Pacific American Advocates** represented by **Jessie J. Rossman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriel I. Cepeda Derieux**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brenda Wright**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clayton Pierce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Davin McKay Rosborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ejaz H Baluch , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren−Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Herenstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isabel Sara Rohani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Spencer Cusick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Topaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Lam**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah Camille Aden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ming Cheung**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Miranda Galindo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Niyati Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Noah Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah E Brannon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Suzanne Schlossberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa J. Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wendy Weiser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Miles Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Delta Sigma Theta Sorority, Inc.** represented by **Jessie J. Rossman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adriel I. Cepeda Derieux**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andrew B. Garber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brenda Wright**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clayton Pierce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Davin McKay Rosborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ejaz H Baluch , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eliza Sweren−Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Herenstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isabel Sara Rohani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Spencer Cusick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Topaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin Lam**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leah Camille Aden**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ming Cheung**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Miranda Galindo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Niyati Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Noah Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah E Brannon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sophia Lin Lakin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Suzanne Schlossberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theresa J. Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wendy Weiser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Miles Hughes**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Donald J Trump**
*in his official capacity as President of the United States*

represented by

**Stephen Michael Pezzi**
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
202−305−8576
Email: stephen.pezzi@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
DOJ−Civ
1100 L Street
Rm 12520

Washington, DC 20005
845−536−4560
Email: esam.k.al−shareffi@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michael Polito**
DOJ−Civ
Federal Programs Branch
1100 L St NW
Ste 12104
Washington, DC 20005
202−288−5180
Email: michael.s.polito@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
DOJ−Civ
950 Pennsylvania Avenue NW
Washington, DC 20530
202−860−8388
Email: michael.velchik@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617−748−3100
Fax: 617−748−3971
Email: rayford.farquhar@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Postal Service** represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Postal Service Board of Governors** represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Steiner**
*in his official capacity as Postmaster General* represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Douglas A Tulino**
*in his official capacity as Deputy* represented by **Stephen Michael Pezzi**
(See above for address)

| | | |
|---|---|---|
| *Postmaster General* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Esam Al−Shareffi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Polito**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Velchik**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Rayford A. Farquhar**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Amber F McReynolds**<br>*in her official capacity as Chairwoman of the Board of Governors of the United States Postal Service* | represented by | **Stephen Michael Pezzi**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Esam Al−Shareffi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Polito**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Velchik**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Rayford A. Farquhar**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Derek T Kan**<br>*in his official capacity as the Vice Chairman of the Board of Governors of the United States Postal Service* | represented by | **Stephen Michael Pezzi**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Esam Al−Shareffi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Michael Polito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald A Stroman**
*in his official capacity as a member of the Board of Governors of the United States Postal Service*

represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daniel M Tangherlini**
*in his official capacity as a member of the Board of Governors of the United States Postal Service*

represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Department of Homeland Security** represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Markwayne Mullin**
*in his official capacity as the Secretary of the Department of Homeland Security*
represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Social Security Administration** represented by

**Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Frank J Bisignano**
*in his official capacity as Commissioner of the Social Security Administration*

represented by

**Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Citizenship and Immigration Services**

represented by

**Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Michael Polito**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph B. Edlow**
*in his official capacity as Director of U.S. Citizenship and Immigration Services*

represented by **Stephen Michael Pezzi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Esam Al−Shareffi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Velchik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rayford A. Farquhar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of Missouri**

represented by **Louis Joseph Capozzi , III**
Office of The Missouri Attorney General
Solicitor General
Office of Missouri Attorney General
815 Olive Street
St Louis, Missouri 63101, Suite 200
St Louis, MO 63101
717−802−2077
Email: louis.capozzi@ago.mo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Gilberg**
Missouri Attorney General's Office
815 Olive Street
St. Louis, MO 63101
551−265−6510
Email: benjamin.gilberg@ago.mo.gov

*ATTORNEY TO BE NOTICED*

**Ian D. Prior**
611 Pennsylvania Ave
Washington, DC 20003
571−639−6711
Email: ian.prior@aflegal.org
*ATTORNEY TO BE NOTICED*

**John Michael Patton**
Office of The Missouri Attorney General
615 E. 13th Street
Suite 401
Kansas City, MO 64106
816−889−2250
Email: michael.patton@ago.mo.gov
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

| | | |
|---|---|---|
| **State of Alabama** | represented by | **Alexander Barrett Bowdre**<br>State of Alabama<br>Office of the Attorney General<br>501 Washington Ave.<br>PO Box 300152<br>Montgomery, AL 36130−0152<br>334−353−8892<br>Email: barrett.bowdre@alabamaag.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ian D. Prior**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Defendant**

| | | |
|---|---|---|
| **State of Florida** | represented by | **David M.S. Dewhirst**<br>Florida Attorney General's Office<br>107 W Gaines Street<br>Tallahassee, FL 32399−1050<br>850−414−3688<br>Email: david.dewhirst@myfloridalegal.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ian D. Prior**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Defendant**

| | | |
|---|---|---|
| **State of Indiana** | represented by | |

**Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of Kansas** represented by **Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Rodriguez**
Kansas Attorney General's Office
120 SW 10th Ave
Topeka, KS 66612
785−368−8197
Email: jay.rodriguez@ag.ks.gov
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of Louisiana** represented by **Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of Montana** represented by **Christian Brian Corrigan**
Attorney General's Office
Office of the Attorney General
215 North Sanders
Helena, MT 59601
406−444−2707
Email: christian.corrigan@mt.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of Nebraska** represented by **Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of Oklahoma** represented by **Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**State of South Carolina** represented by **Joseph David Spate**

South Carolina Attorney General's Office
P.O. Box 11549
Columbia, SC 29211
803−734−3371
Email: josephspate@scag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian D. Prior**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

| | | |
|---|---|---|
| **State of South Dakota** | represented by | **Ian D. Prior**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Defendant**

| | | |
|---|---|---|
| **State of Texas** | represented by | **Ian D. Prior**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Movant**

**Brandon Michael Hayes**

**Amicus**

| | | |
|---|---|---|
| **Society for the Rule of Law** | represented by | **Inga S. Bernstein**<br>Zalkind Duncan & Bernstein LLP<br>2 Oliver Street<br>Suite 200<br>Boston, MA 02109<br>617−742−6020<br>Email: ibernstein@zalkindlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard D. Bernstein**<br>1875 K Street N.W.<br>Washington, DC 20006<br>301−775−2064<br>Email: rbernsteinlaw@gmail.com<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Becky Close** | represented by | **Ana I. Munoz**<br>Zalkind, Duncan & Bernstein LLP<br>2 Oliver St., Suite 200<br>02109<br>Boston, MA 02109<br>617−742−6020<br>Email: amunoz@zalkindlaw.com |

*ATTORNEY TO BE NOTICED*

**Amicus**

**Mark Coakley** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Ethan Compton** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Kristin Connelly** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Matt Crane** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Daryl Daugs** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Jilline Dobratz** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Sharon Dubois** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Sharon Dubois** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Eileen Giesbrecht** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **Amanda Gonzalez** | represented by | **Ana I. Munoz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Monica Gordon** | represented by | **Ana I. Munoz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Justin Grantham** | represented by | **Ana I. Munoz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Ingrid Grueter** | represented by | **Ana I. Munoz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Hayle Johnson** | represented by | **Ana I. Munoz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Stephanie Kees** | represented by | **Ana I. Munoz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Kevin Kennedy** | represented by | **Ana I. Munoz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Greg Kimsey** | represented by | **Ana I. Munoz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Carly Koppes** | represented by | **Ana I. Munoz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Tracey Lauritzen** | represented by | **Ana I. Munoz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

**Debra Lee** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Nicholas Lima** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Shawn Luce** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Robin Major** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Sahari McCormick** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Kirk McDonough** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Catherine McMullen** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Lori Mitchell** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Cheryl Neilsen** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Chris Piper** represented by

**Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Jake Quinn** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Katie Riley** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Justin Roebuck** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Kathy Simillion** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Susie Spring** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Damon Todd** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Stacy Towell** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Kenneth Warner** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Julie Wise** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Michael Wyszynski** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Josh Zygielbaum** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Domonique Clemons** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Katharine Clark** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Kevin Castillo** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Laura Cantrell** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**John Butkovich** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Lisa Brown** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Karen Bell** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Seth Bluestein** represented by

**Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Laura Anna** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Natalie Adona** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Sarah Adair** represented by **Ana I. Munoz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Center for Election Innovation and Research** represented by **Ana I. Munoz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle R Freeny**
Washington Litigation Group
1717 K Street NW
Washington, DC 20006
202−521−8750
Email: kfreeny@washingtonlitigationgroup.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samantha Bateman**
Washington Litigation Group
1717 K St NW
Washington, DC 20006
202−521−8755
Email: sbateman@washingtonlitigationgroup.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Wisconsin Democracy Campaign** represented by **Douglas Maynard Poland**
Law Forward, Inc.
222 West Washington Avenue
Suite 680
Madison, WI 53703
608−283−9822

Email: dpoland@lawforward.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth M. Greenwood**
Harvard Election Law Clinic
6 Everett St
Suite 4105
Cambridge, MA 02138
202−560−0590
Email: rgreenwood@law.harvard.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey A Mandell**
Law Forward, Inc.
222 West Washington Avenue
Suite 680
Madison, WI 53703
608−218−4155
Email: jmandell@lawforward.org
*ATTORNEY TO BE NOTICED*

**Rachel Elizabeth Snyder**
Law Forward
WI
222 West Washington Ave
Suite 680
Madison
Madison, WI 53703
608−289−3896
Email: rsnyder@lawforward.org
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **EXPO of Wisconsin, Inc** | represented by | **Douglas Maynard Poland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ruth M. Greenwood**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jeffrey A Mandell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Rachel Elizabeth Snyder**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

**Jaleyce Oraedu** represented by **Douglas Maynard Poland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth M. Greenwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey A Mandell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Elizabeth Snyder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Jasmine Oreadu** represented by **Douglas Maynard Poland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth M. Greenwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey A Mandell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Elizabeth Snyder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Aharon Shelef** represented by **Douglas Maynard Poland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruth M. Greenwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey A Mandell**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Elizabeth Snyder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Federation for American Immigration Reform** represented by **Matthew James O'Brien**
Federation for American Immigration Reform
25 Massachusetts Avenue NW
Suite 330
Washington, DC 20001
571−236−8146
Email: mobrien@fairus.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Local Election Officials and Local Governments**

**Amicus**

**Lawyers for the Rule of Law** represented by **Tracy A. Miner**
Miner Siddall LLP
101 Federal Street
Suite 650
Boston, MA 02110
617−202−5890
Fax: 617−202−5893
Email: tminer@msdefenders.com
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/02/2026 | 1 | COMPLAINT against All Defendants Filing fee: $ 405, receipt number AMADC−11651844 (Fee Status: Filing Fee paid), filed by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Category Form, # 2 Civil Cover Sheet)(Rossman, Jessie) (Entered: 04/02/2026) |
| 04/02/2026 | 2 | NOTICE of Appearance by Suzanne Schlossberg on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, |

| | | |
|---|---|---|
| | | OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Schlossberg, Suzanne) (Entered: 04/02/2026) |
| 04/02/2026 | 3 | ELECTRONIC NOTICE of Case Assignment. Judge Indira Talwani assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge M. Page Kelley. (SP) (Entered: 04/02/2026) |
| 04/02/2026 | 4 | Summons Issued as to Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (SEC) (Entered: 04/02/2026) |
| 04/08/2026 | 5 | NOTICE of Appearance by Rayford A. Farquhar on behalf of Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors (Farquhar, Rayford) (Entered: 04/08/2026) |
| 04/15/2026 | 6 | NOTICE of Appearance by Stephen Michael Pezzi on behalf of Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors (Pezzi, Stephen) (Entered: 04/15/2026) |
| 04/15/2026 | 7 | NOTICE of Appearance by Esam Al−Shareffi on behalf of Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors (Al−Shareffi, Esam) (Entered: 04/15/2026) |
| 04/15/2026 | 8 | First MOTION for Leave to Appear Pro Hac Vice for admission of Theresa J. Lee Filing fee: $ 125, receipt number AMADC−11680596 ( Responses due by 4/29/2026) by League of Women Voters of Massachusetts. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) Modified on 4/16/2026 (SEC). (Entered: 04/15/2026) |
| 04/15/2026 | 9 | MOTION for Leave to Appear Pro Hac Vice for admission of Sophia Lin Lakin Filing fee: $ 125, receipt number AMADC−11681023 by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/15/2026) |
| 04/15/2026 | 10 | MOTION for Leave to Appear Pro Hac Vice for admission of Davin Rosborough Filing fee: $ 125, receipt number AMADC−11681059 by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of |

| | | |
|---|---|---|
| | | Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/15/2026) |
| 04/16/2026 | 11 | MOTION for Leave to Appear Pro Hac Vice for admission of Ethan Herenstein Filing fee: $ 125, receipt number AMADC−11682622 by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/16/2026) |
| 04/16/2026 | 12 | MOTION for Leave to Appear Pro Hac Vice for admission of Jonathan Topaz Filing fee: $ 125, receipt number AMADC−11682731 by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/16/2026) |
| 04/16/2026 | 13 | MOTION for Leave to Appear Pro Hac Vice for admission of Ming Cheung Filing fee: $ 125, receipt number AMADC−11682836 by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/16/2026) |
| 04/16/2026 | 14 | MOTION for Leave to Appear Pro Hac Vice for admission of William Hughes Filing fee: $ 125, receipt number AMADC−11682902 by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/16/2026) |
| 04/16/2026 | 15 | MOTION for Leave to Appear Pro Hac Vice for admission of Clayton Pierce Filing fee: $ 125, receipt number AMADC−11683290 by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/16/2026) |
| 04/16/2026 | 16 | MOTION for Leave to Appear Pro Hac Vice for admission of Sarah Brannon Filing fee: $ 125, receipt number AMADC−11683296 by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/16/2026) |
| 04/16/2026 | 17 | MOTION for Leave to Appear Pro Hac Vice for admission of Adriel I. Cepeda Derieux Filing fee: $ 125, receipt number AMADC−11683310 by Association of Americans Resident |

| | | |
|---|---|---|
| | | Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/16/2026) |
| 04/16/2026 | 18 | Joint MOTION for a Briefing and Hearing Schedule and for Additional Pages by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation.(Schlossberg, Suzanne) (Entered: 04/16/2026) |
| 04/16/2026 | 19 | MOTION to Transfer Case to District of Columbia. by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors.(Al−Shareffi, Esam) (Entered: 04/16/2026) |
| 04/16/2026 | 20 | MEMORANDUM in Support re 19 MOTION to Transfer Case to District of Columbia. filed by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors. (Al−Shareffi, Esam) (Entered: 04/16/2026) |
| 04/17/2026 | 21 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 8 Motion for Leave to Appear Pro Hac Vice; granting 9 Motion for Leave to Appear Pro Hac Vice; granting 10 Motion for Leave to Appear Pro Hac Vice; granting 11 Motion for Leave to Appear Pro Hac Vice; granting 12 Motion for Leave to Appear Pro Hac Vice Added; granting 13 Motion for Leave to Appear Pro Hac Vice; granting 14 Motion for Leave to Appear Pro Hac Vice; granting 15 Motion for Leave to Appear Pro Hac Vice; granting 16 Motion for Leave to Appear Pro Hac Vice; granting 17 Motion for Leave to Appear Pro Hac Vice. Added Theresa J. Lee, Sophia Lin Lakin, Davin Rosborough, Ethan Herenstein, Jonathan Topaz, Ming Cheung, William Hughes, Clayton Pierce, Sarah Brannon, and Adriel I. Cepeda Derieux.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by each of the newly admitted attorneys.<br><br>(SEC) (Entered: 04/17/2026) |

| | | |
|---|---|---|
| 04/17/2026 | 22 | NOTICE of Appearance by Sophia Lin Lakin on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Lakin, Sophia) (Entered: 04/17/2026) |
| 04/17/2026 | 23 | NOTICE of Appearance by Theresa J. Lee on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Lee, Theresa) (Entered: 04/17/2026) |
| 04/17/2026 | 24 | Judge Indira Talwani: ORDER entered. See attached. (SEC) (Entered: 04/17/2026) |
| 04/17/2026 | 25 | Judge Indira Talwani: ELECTRONIC ORDER: granting in part and reserving in part the parties' Joint Motion for a Briefing and Hearing Schedule and for Additional Pages [ 18 ]. Plaintiffs shall file their motion for preliminary injunction as to counts 1 and 2 no later than April 23, 2026, at 11:00 p.m. with a supporting memorandum of not more than 30 pages. (SEC) (Entered: 04/17/2026) |
| 04/18/2026 | 26 | NOTICE of Appearance by Davin McKay Rosborough on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Rosborough, Davin) (Entered: 04/18/2026) |
| 04/18/2026 | 27 | NOTICE of Appearance by Clayton Pierce on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Pierce, Clayton) (Entered: 04/18/2026) |
| 04/20/2026 | 28 | NOTICE of Appearance by Ethan Herenstein on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Herenstein, Ethan) (Entered: 04/20/2026) |
| 04/20/2026 | 29 | NOTICE of Appearance by Jonathan Topaz on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Topaz, Jonathan) (Entered: 04/20/2026) |
| 04/20/2026 | 30 | NOTICE of Appearance by Ming Cheung on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Cheung, Ming) (Entered: 04/20/2026) |
| 04/20/2026 | 31 | NOTICE of Appearance by Sarah E Brannon on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education |

| | | |
|---|---|---|
| | | Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Brannon, Sarah) (Entered: 04/20/2026) |
| 04/21/2026 | 32 | MOTION for Leave to Appear Pro Hac Vice for admission of Leah C. Aden Filing fee: $ 125, receipt number AMADC−11689838 by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/21/2026) |
| 04/21/2026 | 33 | MOTION for Leave to Appear Pro Hac Vice for admission of Ejaz Baluch Filing fee: $ 125, receipt number AMADC−11689869 by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/21/2026) |
| 04/21/2026 | 34 | MOTION for Leave to Appear Pro Hac Vice for admission of Noah Baron Filing fee: $ 125, receipt number AMADC−11689880 by Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/21/2026) |
| 04/21/2026 | 35 | MOTION for Leave to Appear Pro Hac Vice for admission of John S. Cusick Filing fee: $ 125, receipt number AMADC−11689900 by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/21/2026) |
| 04/21/2026 | 36 | MOTION for Leave to Appear Pro Hac Vice for admission of Emily "Miranda" Galindo Filing fee: $ 125, receipt number AMADC−11689913 by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/21/2026) |
| 04/21/2026 | 37 | MOTION for Leave to Appear Pro Hac Vice for admission of Andrew B. Garber Filing fee: $ 125, receipt number AMADC−11689929 by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/21/2026) |
| 04/21/2026 | 38 | MOTION for Leave to Appear Pro Hac Vice for admission of Justin Lam Filing fee: $ 125, receipt number AMADC−11689962 by Association of Americans Resident Overseas, Delta |

| | | |
|---|---|---|
| | | Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/21/2026) |
| 04/21/2026 | 39 | MOTION for Leave to Appear Pro Hac Vice for admission of Sara Rohani Filing fee: $ 125, receipt number AMADC−11689973 by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/21/2026) |
| 04/21/2026 | 40 | MOTION for Leave to Appear Pro Hac Vice for admission of Niyati Shah Filing fee: $ 125, receipt number AMADC−11689979 by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/21/2026) |
| 04/21/2026 | 41 | MOTION for Leave to Appear Pro Hac Vice for admission of Eliza Sweren−Becker Filing fee: $ 125, receipt number AMADC−11689987 by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/21/2026) |
| 04/21/2026 | 42 | MOTION for Leave to Appear Pro Hac Vice for admission of Wendy Weiser Filing fee: $ 125, receipt number AMADC−11689993 by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/21/2026) |
| 04/21/2026 | 43 | MOTION for Leave to Appear Pro Hac Vice for admission of Brenda Wright Filing fee: $ 125, receipt number AMADC−11690004 by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A)(Schlossberg, Suzanne) (Entered: 04/21/2026) |
| 04/21/2026 | 44 | MOTION to Intervene by State of Missouri, State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas.(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 45 | MEMORANDUM in Support re 44 MOTION to Intervene filed by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South |

| | | |
|---|---|---|
| | | Dakota, State of Texas. (Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 46 | MOTION to Transfer Case to D.D.C. by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas.(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 47 | MEMORANDUM in Support re 46 MOTION to Transfer Case to D.D.C. filed by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. (Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 48 | MOTION for Leave to Appear Pro Hac Vice for admission of Louis J. Capozzi by State of Missouri. (Attachments: # 1 Affidavit Certificate of Louis J. Capozzi)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 49 | MOTION for Leave to Appear Pro Hac Vice for admission of J. Michael Patton by State of Missouri. (Attachments: # 1 Affidavit Certificate of J. Michael Patton)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 50 | MOTION for Leave to Appear Pro Hac Vice for admission of Benjamin S. Gilberg by State of Missouri. (Attachments: # 1 Affidavit Certificate of Benjamin S. Gilberg)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 51 | MOTION for Leave to Appear Pro Hac Vice for admission of James A. Barta by State of Indiana. (Attachments: # 1 Affidavit Certificate of James A. Barta)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 52 | MOTION for Leave to Appear Pro Hac Vice for admission of James R. Rodriguez by State of Kansas. (Attachments: # 1 Affidavit Certificate of James R. Rodriguez)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 53 | MOTION for Leave to Appear Pro Hac Vice for admission of Alexander Barrett Bowdre by State of Alabama. (Attachments: # 1 Affidavit Certification of Alexander Barrett Bowdre)(Prior, Ian) (Entered: 04/21/2026) |
| 04/21/2026 | 54 | JOINT STATEMENT of counsel *in response to order (ECF 24)*. (Schlossberg, Suzanne) (Entered: 04/21/2026) |
| 04/22/2026 | 55 | NOTICE of Appearance by Adriel I. Cepeda Derieux on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Cepeda Derieux, Adriel) (Entered: 04/22/2026) |
| 04/22/2026 | 56 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 34 MOTION for Leave to Appear Pro Hac Vice, 42 MOTION for Leave to Appear Pro Hac Vice, 38 MOTION for Leave to Appear Pro Hac Vice, 39 MOTION for Leave to Appear Pro Hac Vice, 33 MOTION for Leave to Appear Pro Hac Vice, 41 MOTION for Leave to Appear Pro Hac Vice, 43 MOTION for Leave to Appear Pro Hac Vice, 32 MOTION for Leave to Appear Pro Hac Vice, 37 MOTION for Leave to Appear Pro Hac Vice, 35 MOTION for Leave to Appear Pro Hac Vice, 36 MOTION for Leave to Appear Pro Hac Vice, 40 MOTION for Leave to Appear Pro Hac Vice. Added Leah C. Aden, Ejaz Baluch, Noah Baron, John S. Cusick, Emily "Miranda" Galindo, Andrew B. Garber, Justin Lam, Sara Rohani, Niyati Shah, Eliza Sweren−Becker, Wendy Weiser, and Brenda Wright. |

| | | |
|---|---|---|
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by each of the newly admitted attorneys.<br><br>(SEC) (Entered: 04/22/2026) |
| 04/22/2026 | 57 | Judge Indira Talwani: ORDER entered. See attached. (SEC) (Entered: 04/22/2026) |
| 04/22/2026 | 58 | Judge Indira Talwani: ELECTRONIC ORDER **terminating as moot** 18 Joint MOTION for a Briefing and Hearing Schedule and for Additional Pages. (SEC) (Entered: 04/22/2026) |
| 04/22/2026 | 59 | NOTICE of Appearance by Niyati Shah on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates (Shah, Niyati) (Entered: 04/22/2026) |
| 04/22/2026 | 60 | NOTICE of Appearance by William Miles Hughes on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Hughes, William) (Entered: 04/22/2026) |
| 04/23/2026 | 61 | NOTICE of Appearance by Ian D. Prior on behalf of State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas (Prior, Ian) (Entered: 04/23/2026) |
| 04/23/2026 | 62 | NOTICE OF ATTORNEY PAYMENT OF FEES as to 51 MOTION for Leave to Appear Pro Hac Vice for admission of James A. Barta, 48 MOTION for Leave to Appear Pro Hac Vice for admission of Louis J. Capozzi, 52 MOTION for Leave to Appear Pro Hac Vice for admission of James R. Rodriguez, 49 MOTION for Leave to Appear Pro Hac Vice for admission of J. Michael Patton, 53 MOTION for Leave to Appear Pro Hac Vice for admission of Alexander Barrett Bowdre, 50 MOTION for Leave to Appear Pro Hac Vice for admission of Benjamin S. Gilberg by Intervenor Defendants State of Alabama, State of Indiana, State of Kansas, State of Missouri. Filing fee $ 750, receipt number AMADC−11696879. Payment Type : PRO HAC VICE. (Prior, Ian) (Entered: 04/23/2026) |
| 04/23/2026 | 63 | MOTION for Leave to Appear Pro Hac Vice for admission of Cody S. Barnett Filing fee: $ 125, receipt number AMADC−11696939 by State of Nebraska. (Attachments: # 1 Affidavit Certification of Cody S. Barnett)(Prior, Ian) (Entered: 04/23/2026) |
| 04/23/2026 | 64 | MOTION for Leave to Appear Pro Hac Vice for admission of J. Benjamin Aguinaga Filing fee: $ 125, receipt number AMADC−11696959 by State of Louisiana. (Attachments: # 1 Affidavit Certification of J. Benjamin Aguinaga)(Prior, Ian) (Entered: 04/23/2026) |

| | | |
|---|---|---|
| 04/23/2026 | 65 | NOTICE of Appearance by Eliza Sweren−Becker on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Sweren−Becker, Eliza) (Entered: 04/23/2026) |
| 04/23/2026 | 66 | NOTICE of Appearance by Isabel Sara Rohani on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Rohani, Isabel) (Entered: 04/23/2026) |
| 04/23/2026 | 67 | Judge Indira Talwani: ELECTRONIC ORDER. Plaintiffs and Defendants shall file responses to the Proposed Intervenors' [ 44 ] Motion to Intervene on or before noon on April 27, 2026. Defendants shall file, under a joint caption, a single response to the motions filed by Proposed Intervenors in this case and in State of California, 26−cv−11581. Proposed Intervenors may file, on or before April 28, 2026, a single reply, under a joint caption, in this case and in State of California, 26−cv−11581. (SEC) (Entered: 04/23/2026) |
| 04/23/2026 | 68 | NOTICE of Appearance by Inga S. Bernstein on behalf of Society for the Rule of Law (Bernstein, Inga) (Entered: 04/23/2026) |
| 04/23/2026 | 69 | MOTION for Leave to Appear Pro Hac Vice for admission of Richard Bernstein Filing fee: $ 125, receipt number AMADC−11697471 by Society for the Rule of Law. (Attachments: # 1 Exhibit)(Bernstein, Inga) (Entered: 04/23/2026) |
| 04/23/2026 | 70 | MOTION for Leave to File by Society for the Rule of Law. (Attachments: # 1 Exhibit)(Bernstein, Inga) (Entered: 04/23/2026) |
| 04/23/2026 | 71 | NOTICE of Appearance by John Spencer Cusick on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Cusick, John) (Entered: 04/23/2026) |
| 04/23/2026 | 72 | NOTICE of Appearance by Andrew Garber on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Garber, Andrew) (Entered: 04/23/2026) |
| 04/23/2026 | 73 | MOTION for Preliminary Injunction by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Text of Proposed Order)(Lakin, Sophia) (Entered: 04/23/2026) |
| 04/23/2026 | 74 | MEMORANDUM in Support re 73 MOTION for Preliminary Injunction filed by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of |

| | | |
|---|---|---|
| | | the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Lakin, Sophia) (Entered: 04/23/2026) |
| 04/23/2026 | 75 | AFFIDAVIT in Support re 73 MOTION for Preliminary Injunction filed by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit 1 − Executive Order No. 14399, # 2 Exhibit 2 − Declaration of Celia Canavan, # 3 Exhibit 3 − Declaration of Celina Stewart, # 4 Exhibit 4 − Declaration of Susan Dzieduszycka−Suinat, # 5 Exhibit 5 − Declaration of Doris Speer, # 6 Exhibit 6 − Declaration of Dorcas Washington, # 7 Exhibit 7 − Declaration of Thu Nguyen, # 8 Exhibit 8 − Sella, New York Times, # 9 Exhibit 9 − APWU President Statement, # 10 Exhibit 10 − Fifield & Despart, ProPublica, # 11 Exhibit 11 − SAVE Privacy Impact Statement, # 12 Exhibit 12 − USCIS Optimizing SAVE: New Options to Create SSN Cases, # 13 Exhibit 13 − SSA Programs Operational Manual, # 14 Exhibit 14 − SSA Letter to Jon Sherman, # 15 Exhibit 15 − Transcript: President Trump Signs an Executive Order on Elections)(Lakin, Sophia)<br><br>**Modified on 5/29/2026 (MAP) to Add Exhibit Descriptions. (Entered: 04/23/2026)** |
| 04/24/2026 | 76 | NOTICE of Appearance by Leah Camille Aden on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Aden, Leah) (Entered: 04/24/2026) |
| 04/24/2026 | 77 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 64 MOTION for Leave to Appear Pro Hac Vice, 69 MOTION for Leave to Appear Pro Hac Vice, 53 MOTION for Leave to Appear Pro Hac Vice, 63 MOTION for Leave to Appear Pro Hac Vice, 52 MOTION for Leave to Appear Pro Hac Vice, 48 MOTION for Leave to Appear Pro Hac Vice, 49 MOTION for Leave to Appear Pro Hac Vice, and 51 MOTION for Leave to Appear Pro Hac Vice. Added Louis J. Capozzi, J. Michael Patton, Benjamin S. Gilberg, James A. Barta, James R. Rodriguez, Alexander Barrett Bowdre, Cody S. Barnett, J. Benjamin Aguinaga, and Richard Bernstein.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by each of the newly admitted attorneys.<br><br>(SEC) (Entered: 04/24/2026) |
| 04/24/2026 | 78 | NOTICE of Appearance by Wendy Weiser on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women |

| | | |
|---|---|---|
| | | Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Weiser, Wendy) (Entered: 04/24/2026) |
| 04/24/2026 | 79 | RESPONSE to Motion re 44 MOTION to Intervene filed by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors. (Al−Shareffi, Esam) (Entered: 04/24/2026) |
| 04/24/2026 | 80 | NOTICE of Appearance by Richard D. Bernstein on behalf of Society for the Rule of Law (Bernstein, Richard) (Entered: 04/24/2026) |
| 04/24/2026 | 81 | NOTICE of Appearance by Justin Lam on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Lam, Justin) (Entered: 04/24/2026) |
| 04/27/2026 | 82 | MOTION for Leave to Appear Pro Hac Vice for admission of David M.S. Dewhirst Filing fee: $ 125, receipt number AMADC−11701377 by State of Florida. (Attachments: # 1 Affidavit Certification of David M.S. Dewhirst)(Prior, Ian) (Entered: 04/27/2026) |
| 04/27/2026 | 83 | MOTION for Leave to Appear Pro Hac Vice for admission of Jason J. Muehlhoff Filing fee: $ 125, receipt number AMADC−11701391 by State of Florida. (Attachments: # 1 Affidavit Certification of Jason J. Muehlhoff)(Prior, Ian) (Entered: 04/27/2026) |
| 04/27/2026 | 84 | MOTION for Leave to Appear Pro Hac Vice for admission of Joseph D. Spate Filing fee: $ 125, receipt number AMADC−11701395 by State of South Carolina. (Attachments: # 1 Affidavit Certificate of Joseph D. Spate)(Prior, Ian) (Entered: 04/27/2026) |
| 04/27/2026 | 85 | MEMORANDUM in Opposition re 46 MOTION to Transfer Case to D.D.C., 19 MOTION to Transfer Case to District of Columbia. filed by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Lakin, Sophia) (Entered: 04/27/2026) |
| 04/27/2026 | 86 | MEMORANDUM in Opposition re 44 MOTION to Intervene filed by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Lakin, Sophia) (Entered: 04/27/2026) |
| 04/27/2026 | 87 | Judge Indira Talwani: ELECTRONIC ORDER granting 70 unopposed Motion for Leave to File Brief as Amicus Curiae of the Society for the Rule of Law; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (MAP) (Entered: 04/27/2026) |
| 04/27/2026 | 88 | AMICUS BRIEF filed by Society for the Rule of Law . (Bernstein, Inga) (Entered: 04/27/2026) |
| 04/27/2026 | 89 | NOTICE of Appearance by James Rodriguez on behalf of State of Kansas (Rodriguez, James) (Entered: 04/27/2026) |

| | | |
|---|---|---|
| 04/28/2026 | 90 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 82 Motion for Leave to Appear Pro Hac Vice Added David M.S. Dewhirst.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account.<br><br>(MAP) (Entered: 04/28/2026) |
| 04/28/2026 | 91 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 83 Motion for Leave to Appear Pro Hac Vice Added Jason J. Muehlhoff.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 04/28/2026) |
| 04/28/2026 | 92 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 84 Motion for Leave to Appear Pro Hac Vice Added Joseph D. Spate.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 04/28/2026) |
| 04/28/2026 | 93 | MOTION for Leave to Appear Pro Hac Vice for admission of David Bryant Filing fee: $ 125, receipt number AMADC−11705770 by State of Texas. (Attachments: # 1 Affidavit Certification of David Bryant)(Prior, Ian) (Entered: 04/28/2026) |
| 04/28/2026 | 94 | NOTICE of Appearance by Alexander Barrett Bowdre on behalf of State of Alabama (Bowdre, Alexander) (Entered: 04/28/2026) |

| | | |
|---|---|---|
| 04/28/2026 | 95 | NOTICE of Appearance by John Michael Patton on behalf of State of Missouri (Patton, John) (Entered: 04/28/2026) |
| 04/28/2026 | 96 | NOTICE of Appearance by Louis Joseph Capozzi, III on behalf of State of Missouri (Capozzi, Louis) (Entered: 04/28/2026) |
| 04/28/2026 | 97 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 93 Motion for Leave to Appear Pro Hac Vice Added David Bryant.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 04/28/2026) |
| 04/28/2026 | 98 | Judge Indira Talwani: MEMORANDUM AND ORDER entered.<br><br>Finding that Defendants have not met their burden to show that transfer to the U.S. District Court for the District of Columbia would be in the interest of justice, the Motion to Transfer [Doc. No. 19 ] is DENIED.<br><br>**IT IS SO ORDERED.**<br><br>(MAP) (Entered: 04/28/2026) |
| 04/28/2026 | 99 | REPLY to Response to 44 MOTION to Intervene filed by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. (Prior, Ian) (Entered: 04/28/2026) |
| 04/29/2026 | 100 | MOTION for Leave to Appear Pro Hac Vice for admission of Christian B. Corrigan Filing fee: $ 125, receipt number AMADC−11707886 by State of Montana. (Attachments: # 1 Affidavit Certification of Christian B. Corrigan)(Prior, Ian) (Entered: 04/29/2026) |
| 04/29/2026 | 101 | Judge Indira Talwani: ELECTRONIC ORDER terminating proposed Intervenors' Motion to Transfer[ 46 ]. See Mem. & Order 2−3 n.2[ 98 ].(MAP) (Entered: 04/30/2026) |
| 04/30/2026 | 102 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 100 Motion for Leave to Appear Pro Hac Vice Added Christian B. Corrigan.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |

| | | |
|---|---|---|
| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 04/30/2026) |
| 04/30/2026 | 103 | NOTICE of Appearance by Ejaz H Baluch, Jr on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Baluch, Ejaz) (Entered: 04/30/2026) |
| 04/30/2026 | 104 | NOTICE of Appearance by Joseph David Spate on behalf of State of South Carolina (Spate, Joseph) (Entered: 04/30/2026) |
| 04/30/2026 | 105 | Notice of Supplemental Authorities re 44 MOTION to Intervene (Attachments: # 1 Exhibit DDC Minute Order)(Prior, Ian) (Entered: 04/30/2026) |
| 05/01/2026 | 106 | Judge Indira Talwani: ELECTRONIC ORDER entered.<br><br>Applicants State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, and State of Texas seek leave to intervene as of right under Fed. R. Civ. Pro. 24(a), or in the alternative, seek permissive intervention under Fed. R. Civ. Pro. 24(b). Mot. to Intervene 12 [ 44 ].<br><br>Defendants oppose intervention as of right, stating that "[t]o the extent that Intervenor States have an interest in this matter, it will be adequately represented by the United States[.]" Defs. Resp. 1 [ 79 ]. The court finds that Applicants have not met their burden to show that Defendants will not adequately represent their interests, as required for intervention as of right.<br><br>Defendants take no position on the request for permissive intervention. Id. Plaintiffs League of Women Voters of Massachusetts, et al., object only "because the proposed intervenors are seeking to transfer" the action. Pls.' Mem. in Opp. to Mot. to Intervene 1 [ 86 ]. Where the court has denied transfer, and the parties do not further oppose permissive intervention, the court will permit permissive intervention.<br><br>Accordingly, Applicants' Motion to Intervene [ 44 ] in Civil Action No. 1:26−cv−11549 is DENIED as to INTERVENTION AS OF RIGHT and GRANTED as to PERMISSIVE INTERVENTION. Intervenors shall file their briefs on the same schedule as Defendants as set forth in this courts Order [ 57 ], limited to 20 pages for their first brief and 10 pages for their reply brief.<br><br>(MAP) (Entered: 05/01/2026) |
| 05/01/2026 | 107 | NOTICE of Appearance by Noah Baron on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Baron, Noah) (Entered: 05/01/2026) |

| | | |
|---|---|---|
| 05/04/2026 | 108 | NOTICE of Appearance by Christian Brian Corrigan on behalf of State of Montana (Corrigan, Christian) (Entered: 05/04/2026) |
| 05/04/2026 | 109 | MOTION for Leave to File *Amicus* by Becky Close, Mark Coakley, Ethan Compton, Kristin Connelly, Matt Crane, Daryl Daugs, Jilline Dobratz, Sharon Dubois, Sharon Dubois, Eileen Giesbrecht, Amanda Gonzalez, Monica Gordon, Justin Grantham, Ingrid Grueter, Hayle Johnson, Stephanie Kees, Kevin Kennedy, Greg Kimsey, Carly Koppes, Tracey Lauritzen, Debra Lee, Nicholas Lima, Shawn Luce, Robin Major, Sahari McCormick, Kirk McDonough, Catherine McMullen, Lori Mitchell, Cheryl Neilsen, Chris Piper, Jake Quinn, Katie Riley, Justin Roebuck, Kathy Simillion, Susie Spring, Damon Todd, Stacy Towell, Kenneth Warner, Julie Wise, Michael Wyszynski, Josh Zygielbaum, Domonique Clemons, Katharine Clark, Kevin Castillo, Laura Cantrell, John Butkovich, Lisa Brown, Karen Bell, Seth Bluestein, Laura Anna, Natalie Adona, Sarah Adair, Center for Election Innovation and Research. (Attachments: # 1 Memorandum on Behalf of Amici)(Munoz, Ana) (Entered: 05/04/2026) |
| 05/05/2026 | 110 | MOTION for Leave to Appear Pro Hac Vice for admission of Kyle Freeny, Samantha Bateman, Rosa Baum Filing fee: $ 375, receipt number AMADC−11721720 by Center for Election Innovation and Research. (Attachments: # 1 Affidavit Rosa Baum Certification, # 2 Affidavit Kyle Freeny Certification, # 3 Affidavit Samantha Bateman Certification)(Munoz, Ana) (Entered: 05/05/2026) |
| 05/05/2026 | 111 | Amicus Curiae APPEARANCE entered by Ruth M. Greenwood on behalf of Wisconsin Democracy Campaign, EXPO of Wisconsin, Inc, Jaleyce Oraedu, Jasmine Oreadu, Aharon Shelef. (Greenwood, Ruth) (Entered: 05/05/2026) |
| 05/05/2026 | 112 | MOTION for Leave to Appear Pro Hac Vice for admission of Douglas M. Poland Filing fee: $ 125, receipt number AMADC−11723413 by EXPO of Wisconsin, Inc, Jaleyce Oraedu, Jasmine Oreadu, Aharon Shelef, Wisconsin Democracy Campaign. (Attachments: # 1 Exhibit CERTIFICATION OF DOUGLAS M. POLAND)(Greenwood, Ruth) (Entered: 05/05/2026) |
| 05/05/2026 | 113 | MOTION for Leave to Appear Pro Hac Vice for admission of Jeffrey A. Mandell Filing fee: $ 125, receipt number AMADC−11723418 by EXPO of Wisconsin, Inc, Jaleyce Oraedu, Jasmine Oreadu, Aharon Shelef, Wisconsin Democracy Campaign. (Attachments: # 1 Exhibit CERTIFICATION OF JEFFREY A.MANDELL)(Greenwood, Ruth) (Entered: 05/05/2026) |
| 05/05/2026 | 114 | MOTION for Leave to Appear Pro Hac Vice for admission of Rachel E. Snyder Filing fee: $ 125, receipt number AMADC−11723419 by EXPO of Wisconsin, Inc, Jaleyce Oraedu, Jasmine Oreadu, Aharon Shelef, Wisconsin Democracy Campaign. (Attachments: # 1 Exhibit CERTIFICATION OF RACHEL E. SNYDER)(Greenwood, Ruth) (Entered: 05/05/2026) |
| 05/05/2026 | 115 | MOTION for Leave to File *Brief as Amici Curiae* by EXPO of Wisconsin, Inc, Jaleyce Oraedu, Jasmine Oreadu, Aharon Shelef, Wisconsin Democracy Campaign. (Attachments: # 1 Exhibit BRIEF OF WISCONSIN DEMOCRACY CAMPAIGN, INC., EXPO OF WISCONSIN, INC., JALEYCE ORAEDU, JASMINE ORAEDU, AND AHARON SHELEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS MOTIONS FOR PRELIMINARY INJUNCTION AND SUMMARY JUDGMENT, # 2Exhibit to Brief of Amici Curiae Wisconsin Democracy Campaign et al (Final Order in Luedtke v Yunker, Case No. 25−CV−1277, Wisconsin Circuit Court for Waukesha County))(Greenwood, Ruth) (Entered: 05/05/2026) |
| 05/06/2026 | 116 | |

| | | |
|---|---|---|
| | | Judge Indira Talwani: ELECTRONIC ORDER **allowing** 109 MOTION for Leave to File Amicus Brief ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (MAP) (Entered: 05/06/2026) |
| 05/06/2026 | 117 | Judge Indira Talwani: ELECTRONIC ORDER **allowing** 115 MOTION for Leave to File Amicus Brief; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (MAP) (Entered: 05/06/2026) |
| 05/06/2026 | 118 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 110 Motion for Leave to Appear Pro Hac Vice Added Kyle Freeny, Samantha Bateman, and Rosa Baum.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 05/06/2026) |
| 05/06/2026 | 119 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 112 Motion for Leave to Appear Pro Hac Vice Added Douglas M. Poland.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 05/06/2026) |
| 05/06/2026 | 120 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 113 Motion for Leave to Appear Pro Hac Vice Added Jeffrey A. Mandell.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under** |

| | | |
|---|---|---|
| | | **ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 05/06/2026) |
| 05/06/2026 | 121 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 114 Motion for Leave to Appear Pro Hac Vice Added Rachel E. Snyder.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 05/06/2026) |
| 05/06/2026 | 122 | Amicus Curiae APPEARANCE of Douglas M. Poland entered by EXPO of Wisconsin, Inc, Jaleyce Oraedu, Jasmine Oreadu, Aharon Shelef, Wisconsin Democracy Campaign. (Poland, Douglas)<br><br>**Modified on 5/7/2026 to Correct Docket Text and CM/ECF Filing Event As Counsel Filed the Notice of Appearance Under the Wrong Event. (MAP).**<br><br>(Entered: 05/06/2026) |
| 05/06/2026 | 123 | AMICUS BRIEF filed by EXPO of Wisconsin, Inc, Jaleyce Oraedu, Jasmine Oreadu, Aharon Shelef, Wisconsin Democracy Campaign . (Attachments: # 1 Exhibit Luedtke v. Yunker, No. 2025CV1277, Order Granting Motion to Dismiss (Waukesha Cnty Circuit Ct Feb. 13, 2026))(Poland, Douglas) (Entered: 05/06/2026) |
| 05/07/2026 | 124 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas.(Prior, Ian) (Entered: 05/07/2026) |
| 05/07/2026 | 125 | MEMORANDUM in Support re 124 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM and OPPOSITION 73 MOTION for Preliminary Injunction filed by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. (Attachments: # 1 Text of Proposed Order Proposed Order)(Prior, Ian) |

| | | |
|---|---|---|
| | | **Modified on 5/8/2026 to Correct Docket Text and CM/ECF Document Link (MAP).**<br><br>(Entered: 05/07/2026) |
| 05/07/2026 | 126 | MOTION to Dismiss by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors.(Pezzi, Stephen) (Entered: 05/07/2026) |
| 05/07/2026 | 127 | EXHIBIT re 126 MOTION to Dismiss by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors. (Attachments: # 1 Ex. 1 − Decl. of M. Mayhew (USCIS), # 2 Ex. 2 − Decl. of J.B. MacBride (SSA), # 3 Ex. 3 − Decl. of S. Monteith (USPS))(Pezzi, Stephen) (Entered: 05/07/2026) |
| 05/07/2026 | 128 | MEMORANDUM in Support re 126 MOTION to Dismiss and OPPOSITION 73 California Plaintiffs' Motion for Summary Judgment and the LWVMA Plaintiffs' Motion for Preliminary Injunction (Combined) filed by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors. (Pezzi, Stephen)<br><br>**Modified on 5/8/2026 to Correct Docket Text and CM/ECF Document Link (MAP).**<br><br>(Entered: 05/07/2026) |
| 05/08/2026 | 129 | Amicus Curiae APPEARANCE entered by Jeffrey A Mandell on behalf of EXPO of Wisconsin, Inc, Jaleyce Oraedu, Jasmine Oreadu, Aharon Shelef, Wisconsin Democracy Campaign. (Mandell, Jeffrey) (Entered: 05/08/2026) |
| 05/08/2026 | 130 | Amicus Curiae APPEARANCE entered by Rachel Elizabeth Snyder on behalf of EXPO of Wisconsin, Inc, Jaleyce Oraedu, Jasmine Oreadu, Aharon Shelef, Wisconsin Democracy Campaign. (Snyder, Rachel) (Entered: 05/08/2026) |
| 05/11/2026 | 131 | MOTION for Leave to Appear Pro Hac Vice for admission of Grant Michael Flynn Filing fee: $ 125, receipt number AMADC−11735522 by State of South Dakota. (Attachments: # 1 Affidavit Certification of Grant Michael Flynn)(Prior, Ian) (Entered: 05/11/2026) |
| 05/12/2026 | 132 | Judge Indira Talwani: ORDER entered granting 131 Motion for Leave to Appear Pro Hac Vice Added Grant Michael Flynn.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm. |

| | | |
|---|---|---|
| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 05/12/2026) |
| 05/12/2026 | 133 | Amicus Curiae APPEARANCE entered by Samantha Bateman on behalf of Center for Election Innovation and Research. (Bateman, Samantha) (Entered: 05/12/2026) |
| 05/12/2026 | 134 | NOTICE of Appearance by Matthew James O'Brien on behalf of Federation for American Immigration Reform (O'Brien, Matthew) (Entered: 05/12/2026) |
| 05/12/2026 | 135 | Consent MOTION for Leave to File *an amicus brief in support of Defendants motion to dismiss* by Federation for American Immigration Reform. (Attachments: # 1 Amicus Brief, # 2 Proposed Order)(O'Brien, Matthew) (Entered: 05/12/2026) |
| 05/13/2026 | 136 | AMICUS BRIEF filed by Center for Election Innovation and Research *and Current and Former State and Local Election Officials (leave to file granted by order dated May 6, 2026)*. (Bateman, Samantha) (Entered: 05/13/2026) |
| 05/13/2026 | 137 | NOTICE of Appearance by Miranda Galindo on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Galindo, Miranda) (Entered: 05/13/2026) |
| 05/13/2026 | 138 | Notice of Service of Process filed by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. Individual(s)/Entities served: Donald J. Trump, in his official capacity as President of the United States; United States Postal Service (USPS); USPS Board of Governors; David Steiner, in his official capacity as Postmaster General; Douglas A. Tulino, in his official capacity as Deputy Postmaster General; Amber F. McReynolds, in her official capacity as Chairwoman of the USPS Board of Governors; Derek T. Kan, in his official capacity as the Vice Chairman of the USPS Board of Governors; Ronald A. Stroman, in his official capacity as a Member of the USPS Board of Governors; Daniel M. Tangherlini, in his official capacity as a Member of the USPS Board of Governors; Department of Homeland Security (DHS); Markwayne Mullin, in his official capacity as DHS Secretary; Social Security Administration (SSA); Frank J. Bisignano, in his official capacity as SSA Commissioner; U.S. Citizenship and Immigration Services (USCIS); Joseph B. Edlow, in his official capacity as USCIS Director; Acting Attorney General Todd Blanche; and the Civil Process−Clerk via the U.S. Attorneys Office for the District of Massachusetts. (Attachments: # 1 Affidavit of Sophia Lin Lakin, # 2 Exhibit A− Returned Summons)(Lakin, Sophia) (Entered: 05/13/2026) |
| 05/14/2026 | 139 | REPLY to Response to 73 MOTION for Preliminary Injunction , 126 MOTION to Dismiss , 124 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Lakin, Sophia) (Entered: 05/14/2026) |
| 05/14/2026 | 140 | Second AFFIDAVIT of Sophia Lin Lakin in Support re 73 MOTION for Preliminary Injunction filed by Association of Americans Resident Overseas, Delta Sigma Theta |

| | | |
|---|---|---|
| | | Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit NOTUS Article, # 2 Exhibit White House Fact Sheet, # 3 Exhibit OMB Circular No. A−108)(Lakin, Sophia) (Entered: 05/14/2026) |
| 05/18/2026 | 141 | Judge Indira Talwani: ELECTRONIC ORDER **allowing** 135 Consent MOTION for Leave to File an Amicus Brief in Support of Defendants Motion to Dismiss ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (MAP) (Entered: 05/18/2026) |
| 05/18/2026 | 142 | AMICUS BRIEF filed by Federation for American Immigration Reform *in support of Defendants' Motion to Dismiss*. (O'Brien, Matthew) (Entered: 05/18/2026) |
| 05/20/2026 | 143 | NOTICE of Appearance by Brenda Wright on behalf of Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation (Wright, Brenda) (Entered: 05/20/2026) |
| 05/21/2026 | 144 | ELECTRONIC NOTICE of Hearing. Motion Hearing set for 6/2/2026 10:00 AM in Courtroom 9 (In person only) before Judge Indira Talwani. (GAM) (Entered: 05/21/2026) |
| 05/22/2026 | 145 | REPLY to Response to 124 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. (Prior, Ian) (Entered: 05/22/2026) |
| 05/22/2026 | 146 | DECLARATION *(Ex. 1 to Defs.' Reply in Support of Motion to Dismiss − Supplemental Mayhew Declaration (May 22, 2026))* by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors. (Pezzi, Stephen) (Entered: 05/22/2026) |
| 05/22/2026 | 147 | REPLY to Response to 126 MOTION to Dismiss filed by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors. (Pezzi, Stephen) (Entered: 05/22/2026) |
| 05/28/2026 | 148 | Notice of Supplemental Authorities re 73 MOTION for Preliminary Injunction , 126 MOTION to Dismiss (Attachments: # 1 Ex. 1 − Opinion in DSCC v. Trump (D.D.C. May 28, 2026))(Pezzi, Stephen) (Entered: 05/28/2026) |
| 05/29/2026 | 149 | NOTICE of Case Developments by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governor (Al−Shareffi, Esam) **Modified on 5/31/2026 to Update Docket Text (MAP).** (Entered: 05/29/2026) |

| | | |
|---|---|---|
| 06/01/2026 | 150 | Judge Indira Talwani: ELECTRONIC ORDER: on April 22, 2026, court consolidated League of Women Voters of Massachusetts, et al. v. Donald J. Trump, et al., 26−cv−11549, and State of California, et al. v. Donald J. Trump, et al., 26−cv−11581, “for hearing on the motions identified in the [parties’ April 21, 2026] Joint Statement.” Since that time, the court has granted various parties leave to participate as amicus curiae in connection with the briefing on those motions. Those parties granted leave to participate as amicus curiae who filed an amicus brief with a consolidated caption but on only one of the two dockets should promptly file a copy of the brief on the other docket. Associated Cases: 1:26−cv−11581−IT, 1:26−cv−11549−IT(MAP) (Entered: 06/01/2026) |
| 06/01/2026 | 151 | NOTICE of Appearance by Benjamin Gilberg on behalf of State of Missouri (Gilberg, Benjamin) (Entered: 06/01/2026) |
| 06/01/2026 | 152 | AMICUS BRIEF filed by Local Election Officials and Local Governments . (Miller, Jonathan) (Entered: 06/01/2026) |
| 06/02/2026 | 153 | Electronic Clerk's Notes for proceedings held before Judge Indira Talwani: Motion hearing held on 6/2/2026 in 1:26−cv−11549−IT League of Women Voters of Massachusetts et al v. Trump et al and 1:26−cv−11581−IT State of California et al v. Trump et al. Cases called. Court heard argument from counsel. Motions taken under advisement.<br><br>(Court Reporter: Robert Paschal at rwp.reporter@gmail.com.) (Attorneys present: Anne Bellows, Michael Cohen, Kiel Ireland, Vanessa Arslanian, Theresa J. Lee, Sophia Lin Lakin, Jessie Rossman, Eliza Sweren, Clay Pierce, Stephen M. Pezzi, Esam Al−Shareffi, Louis Capozzi, Benjamin Gilberg, J. Michael Patton) Associated Cases: 1:26−cv−11549−IT, 1:26−cv−11581−IT(GAM) (Entered: 06/02/2026) |
| 06/05/2026 | 154 | NOTICE by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors *Notice of Case Developments* (Al−Shareffi, Esam) (Entered: 06/05/2026) |
| 06/08/2026 | 155 | Transcript of Motion Hearing held on June 2, 2026, before Judge Indira Talwani. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Robert Paschal at rwp.reporter@gmail.com. Redaction Request due 6/29/2026. Redacted Transcript Deadline set for 7/9/2026. Release of Transcript Restriction set for 9/8/2026. Associated Cases: 1:26−cv−11549−IT, 1:26−cv−11581−IT (DRK) (Entered: 06/08/2026) |
| 06/08/2026 | 156 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm<br>Associated Cases: 1:26−cv−11549−IT, 1:26−cv−11581−IT (DRK) (Entered: 06/08/2026) |
| 06/08/2026 | 157 | NOTICE by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors *Notice of Case Developments* (Al−Shareffi, Esam) (Entered: 06/08/2026) |
| 06/10/2026 | 158 | |

| | | |
|---|---|---|
| | | MOTION for Leave to File *Sur−Reply* by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A − Plaintiffs' Proposed Surreply)(Lakin, Sophia) (Entered: 06/10/2026) |
| 06/12/2026 | 159 | Judge Indira Talwani: ELECTRONIC ORDER **allowing** 158 MOTION for Leave to File Sur−Reply; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (MAP) (Entered: 06/12/2026) |
| 06/12/2026 | 160 | SUR−REPLY to Motion re 73 MOTION for Preliminary Injunction , 126 MOTION to Dismiss , 124 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Lakin, Sophia) (Entered: 06/12/2026) |
| 06/16/2026 | 161 | MOTION for Leave to File *Sur−Reply (or Response to Plaintiffs' Sur−Reply)* by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors. (Attachments: # 1 Ex. 1 − Proposed Sur−Reply (or Response to Plaintiffs' Sur−Reply) of the United States)(Pezzi, Stephen) (Entered: 06/16/2026) |
| 06/17/2026 | 162 | Judge Indira Talwani: ELECTRONIC ORDER **allowing** 161 MOTION for Leave to File Sur−Reply (or Response to Plaintiffs' Sur−Reply) ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (MAP) (Entered: 06/17/2026) |
| 06/17/2026 | 163 | Response by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors to 160 Sur−Reply to Motion,, . (Pezzi, Stephen) (Entered: 06/17/2026) |
| 06/18/2026 | 164 | NOTICE by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors *(Notice of Filing of June 8, 2026 DHS Memo)* (Attachments: # 1 Ex. 1 − June 8, 2026 DHS Memo)(Pezzi, Stephen) (Entered: 06/18/2026) |
| 06/18/2026 | 165 | NOTICE by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors *Notice of Case Developments* (Al−Shareffi, Esam) (Entered: |

| | | |
|---|---|---|
| | | 06/18/2026) |
| 06/18/2026 | 166 | Judge Indira Talwani: MEMORANDUM & ORDER entered.<br><br>For all of the above reasons, the court GRANTS Defendants’ and Intervenor States’ motions to dismiss Plaintiff Organizations’ complaint and Plaintiff States’ amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) on prudential ripeness grounds as to their claims regarding the EO and its implementation with regard to elections occurring after November 3, 2026, and dismisses such claims without prejudice. The court DENIES Defendants’ and Intervenor States’ motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) on prudential ripeness grounds as to Plaintiff Organizations’ complaint and Plaintiff States’ amended complaint with regard to the November 3, 2026 election, and all earlier elections.<br><br>**IT IS SO ORDERED.**<br><br>Associated Cases: 1:26−cv−11549−IT, 1:26−cv−11581−IT(MAP) (Entered: 06/18/2026) |
| 07/13/2026 | 167 | Judge Indira Talwani: MEMORANDUM & ORDER entered.<br><br>If the D.C. Injunction is stayed pending appeal, or USPS promulgates a final rule implementing Section 3 of the EO, Plaintiff Organizations may file a renewed motion for a preliminary injunction. Defendants and Intervenor−Defendants shall file any opposition within seven calendar days of Plaintiff Organizations’ renewed filing.<br><br>**IT IS SO ORDERED.**<br><br>(MAP) (Entered: 07/13/2026) |
| 07/16/2026 | 168 | NOTICE by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors re 165 Notice (Other), *Notice of Case Developments* (Al−Shareffi, Esam) (Entered: 07/16/2026) |
| 07/16/2026 | 169 | NOTICE by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors re 168 Notice (Other), *Notice of Errata* (Al−Shareffi, Esam) (Entered: 07/16/2026) |
| 07/20/2026 | 170 | Second MOTION for Preliminary Injunction by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A − Propose Order)(Lakin, Sophia) (Entered: 07/20/2026) |
| 07/20/2026 | 171 | MEMORANDUM in Support re 170 Second MOTION for Preliminary Injunction filed by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of |

| | | |
|---|---|---|
| | | the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Lakin, Sophia) (Entered: 07/20/2026) |
| 07/20/2026 | 172 | AFFIDAVIT in Support re 170 Second MOTION for Preliminary Injunction filed by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit 1 − 2d Declaration of Celina Stewart, # 2 Exhibit 2 − 2d Declaration of Celia Canavan, # 3 Exhibit 3 − 2d Declaration of Susan Dzieduszycka−Suniat, # 4 Exhibit 4 − 2d Declaration of Doris Speer, # 5 Exhibit 5 − 2d Declaration of Dorcas Washington, # 6 Exhibit 6 − 2d Declaration of Thu Nguyen)(Lakin, Sophia) (Entered: 07/20/2026) |
| 07/21/2026 | 173 | Judge Indira Talwani: ELECTRONIC ORDER: Defendants and Intervenor−Defendants shall file their response to Plaintiffs’ renewed Motion for a Preliminary Injunction [ 170 ] no later than 11:59 p.m. on July 27, 2026. Plaintiffs shall file any reply no later than 6:00 p.m. on August 3, 2026. The clerk shall set an in−person hearing on Plaintiffs’ Motion [ 170 ] for August 7, 2026, at 10 a.m.(MAP) (Entered: 07/21/2026) |
| 07/21/2026 | 174 | ELECTRONIC NOTICE Setting Hearing on Motion 170 Second MOTION for Preliminary Injunction: Motion Hearing set for 8/7/2026 10:00 AM in Courtroom 9 (In person only) before Judge Indira Talwani.<br><br>(GAM) (Entered: 07/21/2026) |
| 07/22/2026 | 175 | Judge Indira Talwani: MEMORANDUM & ORDER entered.<br><br>For the foregoing reasons, the court supplements its June 18, 2026 Memorandum and Order [Doc. No. 166 ] and orders further that, as to the elections occurring on or before November 3, 2026, Defendants’ Motion to Dismiss [Doc. No. 126 ] and Intervenor−Defendants’ Motion to Dismiss [Doc. No. 124 ] the Complaint [Doc. No. 1 ] pursuant to Federal Rule of Civil Procedure 12(b)(1), and to dismiss Plaintiffs’ constitutional claims and Voting Rights Act claim as to Section 3 of the EO are DENIED. The court GRANTS Defendants’ Motion to Dismiss [Doc. No. 126 ] and Intervenor−Defendants’ Motion to Dismiss [Doc. No. 124 ] Count VI of Plaintiff Organization’s Complaint [Doc. No. 1 ] pursuant to Federal Rule of Civil Procedure 12(b)(6) and DISMISSES Count VI without prejudice.<br><br>**IT IS SO ORDERED.**<br><br>(MAP) (Entered: 07/22/2026) |
| 07/27/2026 | 176 | MEMORANDUM in Opposition re 170 Second MOTION for Preliminary Injunction filed by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors. (Al−Shareffi, Esam) (Entered: 07/27/2026) |
| 07/27/2026 | 177 | Opposition re 170 Second MOTION for Preliminary Injunction filed by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. (Capozzi, Louis) (Entered: 07/27/2026) |

| | | |
|---|---|---|
| 07/28/2026 | 178 | Notice of Supplemental Authorities re 170 Second MOTION for Preliminary Injunction (Attachments: # 1 Judgment of the United States Court of Appeals for the District of Columbia)(Al−Shareffi, Esam) (Entered: 07/28/2026) |
| 08/03/2026 | 179 | REPLY to Response to 170 Second MOTION for Preliminary Injunction filed by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Lakin, Sophia) (Entered: 08/03/2026) |
| 08/07/2026 | 180 | Electronic Clerk's Notes for proceedings held before Judge Indira Talwani: Motion Hearing held on 8/7/2026 re 170 Second MOTION for Preliminary Injunction filed by Association of Americans Resident Overseas, League of Women Voters of the United States, U.S. Vote Foundation, League of Women Voters Education Fund, OCA−Asian Pacific American Advocates, League of Women Voters of Massachusetts, Delta Sigma Theta Sorority, Inc., League of Women Voters Lotte E. Scharfman Memorial Education Fund. Case called. Court heard argument from counsel. Motion taken under advisement.<br><br>(Court Reporter: Robert Paschal at rwp.reporter@gmail.com.) (Attorneys present: Theresa J. Lee, Sophia Lin Lakin, Jessie Rossman, Eliza Sweren−Becker, Clay Pierce, Suzanne Schlossberg, Leah Aden, Esam Al−Shareffi, Louis Capozzi, Benjamin Gilberg) (GAM) (Entered: 08/07/2026) |
| 08/11/2026 | 181 | Transcript of Motion Hearing held on August 7, 2026, before Judge Indira Talwani. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Robert Paschal at rwp.reporter@gmail.com. Redaction Request due 9/1/2026. Redacted Transcript Deadline set for 9/11/2026. Release of Transcript Restriction set for 11/9/2026. (DRK) (Entered: 08/11/2026) |
| 08/11/2026 | 182 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above−captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 08/11/2026) |
| 08/11/2026 | 183 | Judge Indira Talwani: MEMORANDUM & ORDER entered.<br><br>For the foregoing reasons, the court GRANTS Plaintiff Organizations’ Renewed Motion for a Preliminary Injunction [Doc. No. 170 ].<br><br>The Defendants the United States Postal Service, the Board of Governors of the USPS, Amber F. McReynolds (in her official capacity as Chair of the Board of Governors of the USPS), Derek T. Kan (in his official capacity as Vice Chairman of the Board of Governors of the USPS), Ronald A. Stroman (in his official capacity as a Member of the Board of Governors of the USPS), Daniel M. Tangherlini (in his official capacity as a Member of the Board of Governors of the USPS), Douglas A. Tulino (in his official capacity as United States Deputy Postmaster General), and David P. Steiner (in his official capacity as United States Postmaster General), including their officers, agents, servants, and employees, are preliminarily enjoined from implementing, giving effect to, or enforcing Section 3 of Executive Order No. 14399, with respect to the November 3, 2026 or any earlier federal election, including refusing to transmit mail−in or absentee ballots; or otherwise initiating or completing rulemaking to promulgate the specific regulations outlined in Section 3(b)(i)(v) |

| | | |
|---|---|---|
| | | or (d) of the EO for the November 3, 2026 or any earlier election. This injunction does not bar the federal government from providing non−binding USPS guidance on ballot mail envelopes.<br><br>Plaintiff Organizations shall post a nominal $100 bond with the court no later than August 18, 2026.<br><br>**IT IS SO ORDERED.**<br><br>(MAP) (Entered: 08/11/2026) |
| 08/11/2026 | 184 | SEE attached NOTICE of Scheduling Conference, with attached PROPOSED ORDER TEMPLATE. **When filing the required Joint Statement, counsel must attach a second, separate, proposed scheduling order using the template attached to this Notice. A Word version of the proposed scheduling order should be emailed to gail_macdonald@mad.uscourts.gov. The Joint Statement and the attached separate Proposed Order are due 7 days before the scheduling conference.**<br><br>Scheduling Conference set for 9/3/2026 03:00 PM in Remote Proceeding : Boston before Judge Indira Talwani.<br><br>This proceeding will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible.<br><br>Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact media@mad.uscourts.gov<br><br>(Attachments: # 1 Proposed Scheduling Order)(GAM) (Entered: 08/11/2026) |
| 08/18/2026 | 185 | NOTICE OF APPEAL as to 183 Memorandum & ORDER,,,,, by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. Filing fee: $ 605, receipt number AMADC−11968898 Fee Status: Not Exempt.<br><br>NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 9/8/2026. (Capozzi, Louis) (Entered: 08/18/2026)** |
| 08/19/2026 | 186 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 185 Notice of Appeal. (MAP) (Entered: 08/19/2026) |

| | | |
|---|---|---|
| 08/19/2026 | 187 | USCA Case Number 26−1944 for 185 Notice of Appeal, filed by State of Oklahoma, State of Indiana, State of Kansas, State of South Dakota, State of South Carolina, State of Montana, State of Florida, State of Alabama, State of Texas, State of Nebraska, State of Missouri, State of Louisiana. (MAP) (Entered: 08/19/2026) |
| 08/21/2026 | 188 | NOTICE by Frank J Bisignano, Department of Homeland Security, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors re 149 Notice (Other), *Notice of Case Developments* (Al−Shareffi, Esam) (Entered: 08/21/2026) |
| 08/22/2026 | 189 | Emergency MOTION to Enforce Judgment *(Preliminary Injunction) and for Expedited Briefing* by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Text of Proposed Order)(Lakin, Sophia) (Entered: 08/22/2026) |
| 08/22/2026 | 190 | MEMORANDUM in Support re 189 Emergency MOTION to Enforce Judgment *(Preliminary Injunction) and for Expedited Briefing* filed by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Lakin, Sophia) (Entered: 08/22/2026) |
| 08/22/2026 | 191 | AFFIDAVIT in Support re 189 Emergency MOTION to Enforce Judgment *(Preliminary Injunction) and for Expedited Briefing* filed by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit A − Ballot Mail For Federal Elections Final Rule)(Lakin, Sophia) (Entered: 08/22/2026) |
| 08/23/2026 | 192 | Response by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors *in Opposition to Plaintiffs' Request to Shorten Time to Respond to Motion to Enforce*. (Pezzi, Stephen) (Entered: 08/23/2026) |
| 08/23/2026 | 193 | Judge Indira Talwani: ELECTRONIC ORDER entered. On August 11, 2026, the court entered a preliminary injunction to prevent irreparable harm to Plaintiff Organizations and their members (1) where Plaintiff Organizations seek to educate their members about the status of mail−in ballots relating to the fast−approaching November 3, 2026 election and Defendants had placed those rules in flux, (2) by limiting implementation of that rule to elections after the November 3, 2026 election, thus ensuring orderly review of Defendants' then−anticipated Final Rule after it was issued, and (3) by avoiding the confusion that would be caused by emergency review of a Final Rule with less than 90 days before the election. Mem. & Order [ 183 ]. Defendants did not file an appeal and did not seek, let alone obtain, a stay of the preliminary injunction. |

| | | |
|---|---|---|
| | | Nonetheless, on August 21, 2026, USPS issued its Final Rule, with an anticipated publication date in the Federal Register of August 26, 2026. Plaintiffs promptly filed their pending Emergency Motion [ 189 ] and requested expedited briefing.<br><br>Defendants now oppose that request, asserting that their action will have no effect on the rules themselves while the injunctions are in place, while ignoring the confusion that the publication will engender. See Response [ 192 ]. Defendants also oppose the expedited briefing scheduling, objecting to "only two business days to respond," despite USPS creating the emergency by issuing a rule on a Friday evening after the courts were closed.<br><br>Defendants shall file any response to Plaintiffs Emergency Motion to Enforce Preliminary Injunction [ 189 ] no later than 8:00 a.m. on August 25, 2026, to allow this court one business day to address Plaintiffs' pending motion before the August 26, 2026 publication date.<br><br>Alternatively, the court is prepared to allow Defendants' requested filing deadline of 11:59 pm on Thursday, August 27, 2026, but with entry of a Temporary Restraining Order staying publication of the Final Rule. If Defendants seek the August 27, 2026 filing date they shall promptly advise the court such that such a TRO may enter.(Talwani, Indira)<br><br>(Entered: 08/23/2026) |
| 08/24/2026 | 194 | RECEIPT: Receipt # 100016387 for monies received on 8/17/2026 in amount of $ 100.00, re: 183 Memorandum & ORDER, (LBO) (Entered: 08/24/2026) |
| 08/24/2026 | 195 | Opposition re 189 Emergency MOTION to Enforce Judgment *(Preliminary Injunction) and for Expedited Briefing* filed by State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. (Capozzi, Louis) (Entered: 08/24/2026) |
| 08/24/2026 | 196 | MOTION for Reconsideration re 183 Memorandum & ORDER,,,,, , MOTION to Stay , MOTION to Vacate by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors. (Attachments: # 1 Ex. 1 − Opinion in Trump v. California (U.S. Aug. 24, 2026))(Pezzi, Stephen) (Entered: 08/24/2026) |
| 08/25/2026 | 197 | MEMORANDUM in Opposition re 189 Emergency MOTION to Enforce Judgment *(Preliminary Injunction) and for Expedited Briefing* filed by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Lori Mitchell, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors. (Pezzi, Stephen) (Entered: 08/25/2026) |
| 08/25/2026 | 198 | NOTICE by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation *of Intent to File Opposition to Defendants' Emergency Motion* (Lakin, Sophia) (Entered: 08/25/2026) |

| | | |
|---|---|---|
| 08/25/2026 | 199 | Opposition re 196 MOTION for Reconsideration re 183 Memorandum & ORDER,,,,,, MOTION to Stay MOTION to Vacate filed by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Lakin, Sophia) (Entered: 08/25/2026) |
| 08/25/2026 | 200 | Assented to MOTION for Leave to File *Supplemental Complaint* by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation.(Lakin, Sophia) (Entered: 08/25/2026) |
| 08/25/2026 | 201 | Judge Indira Talwani: MEMORANDUM & ORDER entered.<br><br>For the foregoing reasons, the court finds that Defendants violated the court's Preliminary Injunction but imposes no remedy other than identifying the violation.<br><br>**IT IS SO ORDERED.**<br><br>(MAP) (Entered: 08/25/2026) |
| 08/25/2026 | 202 | Judge Indira Talwani: ELECTRONIC ORDER granting Plaintiffs' Assented−to Motion for Leave to File a Supplemental Complaint [ 200 ] on Wednesday, August 26, 2026.<br><br>Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document.<br><br>(MAP) (Entered: 08/25/2026) |
| 08/25/2026 | 203 | REPLY to Response to 196 MOTION for Reconsideration re 183 Memorandum & ORDER,,,,,, MOTION to Stay MOTION to Vacate filed by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors. (Al−Shareffi, Esam) (Entered: 08/25/2026) |
| 08/26/2026 | 204 | Judge Indira Talwani: MEMORANDUM & ORDER entered.<br><br>In sum, the court finds that, in light of the Supreme Court's decision in Trump v. California, Plaintiff Organizations are not likely to prevail as to ripeness without amending their complaint to reflect the fact that a Final Rule has now issued. Accordingly, the court GRANTS Defendants' Motion to Reconsider [Doc. No. 196 ] and VACATES its August 11, 2026 Preliminary Injunction, see Mem. & Order [Doc. No. 183 ].<br><br>**IT IS SO ORDERED.**<br><br>(MAP) (Entered: 08/26/2026) |
| 08/26/2026 | 205 | |

| | | |
|---|---|---|
| | | SUPPLEMENTAL COMPLAINT against All Defendants, filed by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation.(Lakin, Sophia) (Entered: 08/26/2026) |
| 08/26/2026 | 206 | Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction* by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Text of Proposed Order)(Lakin, Sophia) (Entered: 08/26/2026) |
| 08/26/2026 | 207 | MEMORANDUM in Support re 206 Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction* filed by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Lakin, Sophia) (Entered: 08/26/2026) |
| 08/26/2026 | 208 | DECLARATION re 207 Memorandum in Support of Motion, by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation. (Attachments: # 1 Exhibit 1− Third Declaration of Celina W. Stewart, # 2 Exhibit 2− Third Declaration of Doris Speer, # 3 Exhibit 3− Third Declaration of Thu Nguyen, # 4 Exhibit 4− Third Declaration of Celia Canavan, # 5 Exhibit 5− Third Declaration of Dorcas Washington, # 6 Exhibit 6− Third Declaration of Susan Dzieduszycka−Suinat)(Lakin, Sophia) (Entered: 08/26/2026) |
| 08/26/2026 | 209 | Joint MOTION for Extension of Time to File Initial Scheduling Conference Materials by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas, U.S. Vote Foundation. (Attachments: # 1 Text of Proposed Order)(Lakin, Sophia) (Entered: 08/26/2026) |
| 08/26/2026 | 210 | Judge Indira Talwani: ELECTRONIC ORDER allowing the parties' Joint Motion for Extension of Time [ 209 ]. The September 3, 2026 scheduling conference is cancelled and will be reset by the clerk. The deadlines set forth in the notice of scheduling conference [ 184 ] are vacated. (MAP) (Entered: 08/26/2026) |
| 08/26/2026 | 211 | ELECTRONIC NOTICE Canceling the September 3, 2026 Schedule Conference. (MAP) (Entered: 08/26/2026) |
| 08/26/2026 | 212 | Judge Indira Talwani: ORDER entered. See attached.<br><br>BRIEFING ORDER DEADLINES:<br>Defendants' separate or combined Opposition to the pending request for a temporary restraining order and stay − Deadline August 27, 2026, at noon EDT |

| | | |
|---|---|---|
| | | Intervenor−Defendants' Opposition to the League of Women Voters' motion for preliminary injunction − Deadline August 27, 2026 at noon<br>Defendants' separate or combine Opposition to the pending motions for preliminary injunction and stay − Deadline August 29, 2026 at 11 p.m. EDT<br>Intervenor−Defendants' Opposition to the League of Women Voters' motion for preliminary injunction − Deadline August 29, 2026, at 11 p.m. EDT<br>Plaintiffs' Reply briefs − Deadline August 31, 2026, at 11 p.m. EDT<br><br>Motion Hearing set for September 3, 2026, at 9:00 a.m. in Courtroom 9 (In person only).<br><br>Associated Cases: 1:26−cv−11549−IT, 1:26−cv−13917−IT (MAP)<br><br>(Entered: 08/26/2026) |
| 08/27/2026 | 213 | MOTION for Leave to File *as Amicus Curiae* by Society for the Rule of Law. (Attachments: # 1 Supplement Brief)(Bernstein, Inga) (Entered: 08/27/2026) |
| 08/27/2026 | 214 | MEMORANDUM in Opposition re 206 Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction* filed by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors. (Pezzi, Stephen) (Entered: 08/27/2026) |
| 08/27/2026 | 215 | Opposition re 206 Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction* filed by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. (Capozzi, Louis) (Entered: 08/27/2026) |
| 08/27/2026 | 216 | Judge Indira Talwani: ELECTRONIC ORDER **allowed** 213 MOTION for Leave to File as Amicus Curiae Brief.<br><br>Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (MAP)<br><br>(Entered: 08/27/2026) |
| 08/27/2026 | 217 | AMICUS BRIEF filed by Society for the Rule of Law. (MAP) (Entered: 08/27/2026) |
| 08/27/2026 | 218 | Judge Indira Talwani: ORDER entered granting in part [ 206 ] Motion for TRO in case 1:26−cv−11549−IT; granting in part [ 3 ] Motion for TRO in case 1:26−cv−13917−IT. See attached MEMORANDUM AND ORDER GRANTING IN PART PLAINTIFFS' MOTIONS FOR A TEMPORARY RESTRAINING ORDER. (Talwani, Indira) (Entered: 08/27/2026) |
| 08/28/2026 | 219 | NOTICE of Appearance by Michael Velchik on behalf of Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors (Velchik, |

| | | |
|---|---|---|
| | | Michael) (Entered: 08/28/2026) |
| 08/28/2026 | 220 | NOTICE of Appearance by Michael Polito on behalf of Frank J Bisignano, Department of Homeland Security, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors (Polito, Michael) (Entered: 08/28/2026) |
| 08/28/2026 | 221 | NOTICE OF APPEAL as to 218 Order on Motion for TRO,,, by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors. Fee Status: US Government.<br><br>NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 9/17/2026. (Polito, Michael) (Entered: 08/28/2026)** |
| 08/28/2026 | 222 | NOTICE OF APPEAL as to 218 Order on Motion for TRO,,, by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. Filing fee: $ 605, receipt number AMADC−11993089 Fee Status: Not Exempt.<br><br>NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 9/17/2026. (Capozzi, Louis) (Entered: 08/28/2026)** |
| 08/28/2026 | 223 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 221 Notice of Appeal. (MAP) (Entered: 08/28/2026) |
| 08/28/2026 | 224 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 222 Notice of Appeal. (MAP) (Entered: 08/28/2026) |
| 08/28/2026 | 225 | USCA Case Number 26−1988 for 221 Notice of Appeal, filed by Markwayne Mullin, Frank J Bisignano, Joseph B. Edlow, United States Postal Service Board of Governors, David Steiner, Derek T Kan, Amber F McReynolds, Daniel M Tangherlini, Department of Homeland Security, Ronald A Stroman, Douglas A Tulino, Donald J Trump, U.S. Citizenship and Immigration Services, United States Postal Service, Social Security Administration. (MAP) (Entered: 08/28/2026) |
| 08/28/2026 | 226 | |

| | | |
|---|---|---|
| | | USCA Case Number 26−1989 for 222 Notice of Appeal, filed by State of Oklahoma, State of Indiana, State of Kansas, State of South Dakota, State of South Carolina, State of Montana, State of Florida, State of Alabama, State of Texas, State of Nebraska, State of Missouri, State of Louisiana. (MAP) (Entered: 08/28/2026) |
| 08/28/2026 | 227 | NOTICE by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors *of Compliance with the Court's Aug. 27, 2026 Order* (Attachments: # 1 Ex. 1 − Email from S. Pezzi to USPS (Aug. 28, 2026), # 2 Ex. 2 − U.S. Postal Service, Mandatory Stand−Up Talk (Aug. 28, 2026))(Pezzi, Stephen) (Entered: 08/28/2026) |
| 08/28/2026 | 228 | MOTION to Stay re 218 Order on Motion for TRO,,, *Pending Appeal* by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors.(Pezzi, Stephen) (Entered: 08/28/2026) |
| 08/28/2026 | 229 | MEMORANDUM in Support re 228 MOTION to Stay re 218 Order on Motion for TRO,,, *Pending Appeal* filed by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors. (Pezzi, Stephen) (Entered: 08/28/2026) |
| 08/28/2026 | 230 | MOTION to Stay *Pending Appeal* by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas.(Capozzi, Louis) (Entered: 08/28/2026) |
| 08/28/2026 | 231 | MEMORANDUM in Support re 230 MOTION to Stay *Pending Appeal* filed by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of South Dakota, State of Texas. (Attachments: # 1 Exhibit A − Declaration of Denny Hoskins)(Capozzi, Louis) (Entered: 08/28/2026) |
| 08/29/2026 | 232 | NOTICE by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation *of Intent to File Opposition to Defendants' and Defendant−Intervenors' Motion for a Stay Pending Appeal* (Lakin, Sophia) (Entered: 08/29/2026) |
| 08/29/2026 | 233 | MOTION for Leave to File Excess Pages by Frank J Bisignano, Department of Homeland Security, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors.(Polito, Michael) (Entered: 08/29/2026) |
| 08/29/2026 | 234 | Opposition re 206 Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction* filed by State of Alabama, State of Florida, State of Indiana, State of Kansas, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of |

| | | |
|---|---|---|
| | | Oklahoma, State of South Carolina, State of South Dakota, State of Texas. (Attachments: # 1 Exhibit A − Hoskins Declaration)(Capozzi, Louis) (Entered: 08/29/2026) |
| 08/29/2026 | 235 | MEMORANDUM in Opposition re 206 Emergency MOTION for Temporary Restraining Order *and Preliminary Injunction* filed by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors. (Pezzi, Stephen) (Entered: 08/29/2026) |
| 08/31/2026 | 236 | Assented to MOTION for Leave to File Reply Brief of Ten Pages by Association of Americans Resident Overseas, Delta Sigma Theta Sorority, Inc., League of Women Voters Education Fund, League of Women Voters Lotte E. Scharfman Memorial Education Fund, League of Women Voters of Massachusetts, League of Women Voters of the United States, OCA−Asian Pacific American Advocates, U.S. Vote Foundation.(Schlossberg, Suzanne) Modified on 8/31/2026 (MAP). (Entered: 08/31/2026) |
| 08/31/2026 | 237 | Judge Indira Talwani: ELECTRONIC ORDER granting *nunc pro tunc* Defendants’ Unopposed Motion for Leave to File Five Excess Pages [ 233 ].<br><br>Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (MAP)<br><br>(Entered: 08/31/2026) |
| 08/31/2026 | 238 | NOTICE of Appearance by Tracy A. Miner on behalf of Lawyers for the Rule of Law (Miner, Tracy) (Entered: 08/31/2026) |
| 08/31/2026 | 239 | Judge Indira Talwani: ELECTRONIC ORDER **allowing** 236 Assented to MOTION for Leave to File Reply Brief of Ten Pages.<br><br>Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include − Leave to file granted on (date of order)− in the caption of the document. (MAP)<br><br>(Entered: 08/31/2026) |
| 08/31/2026 | 240 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Jon May Filing fee: $ 125, receipt number AMADC−11996362 by Lawyers for the Rule of Law.(Miner, Tracy) (Entered: 08/31/2026) |
| 08/31/2026 | 241 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Daniel Arshack Filing fee: $ 125, receipt number AMADC−11996452 by Lawyers for the Rule of Law.(Miner, Tracy) (Entered: 08/31/2026) |
| 08/31/2026 | 242 | Judge Indira Talwani: ELECTRONIC ORDER: On August 21, 2026, the United States Postal Service (“USPS”) issued a Final Rule concerning mail−in ballots, see USPS, Ballot Mail for Federal Elections, 91 Fed. Reg. 54966 (accessible as of Aug. 21, 2026, at https://public−inspection.federalregister.gov/2026−17238.pdf), with a publication date of August 26, 2026—less than 70 days before the November 3, 2026 midterm election. |

Plaintiff Organizations in this case and Plaintiff States in California v. USPS, No. 1:26−cv−13917, promptly challenged the Final Rule. This court found that the standards for a temporary restraining order (“TRO”) had been met and stayed for fourteen days the mandatory requirements of the Final Rule as they apply to the November 3, 2026 election. Mem. & Order [ 218 ].

Defendants’ and Intervenor−Defendants’ Motions to Stay [ 228 ], [ 230 ] now seek to undo the fourteen−day stay preserving the status quo in place prior to the federal agency’s altering of requirements applicable to State and local election officials “on the threshold of the upcoming election.” DSCC v. Trump, No. 26−5193, 2026 WL 2168617, at *6 (D.C. Cir. July 28, 2026) (citing Purcell v. Gonzalez, 549 U.S. 1 (2006)). These motions are DENIED.

First, although Defendants and Intervenor−Defendants seek a stay “pending appeal,” the TRO is not an appealable order under 28 U.S.C. § 1292(a)(1) where it is only in place for fourteen days, and the court has set a briefing schedule and a September 3, 2026 hearing on the pending preliminary injunction motions. See Order [ 212 ].

Second, as to the merits, as discussed in the court’s August 27, 2026 Memorandum and Order 6–8 [ 218 ], it is likely that the USPS lacked authority to issue the Final Rule and that the Final Rule is substantively unconstitutional and contrary to law. Defendants’ claim that they are entitled to relief because appellate review of this court’s TRO “would come too late for the 2026 midterms” misconstrues the Supreme Court’s August 24, 2026 Order. Defs.’ Mem. ISO Stay 7 [Doc. No. 229] (quoting Trump v. California, No. 26A124, 609 U.S. __, 2026 WL 2473573, at *4 (Aug. 24, 2026)). The Supreme Court found that review of President Donald J. Trump’s Executive Order 14399, Ensuring Citizenship Verification and Integrity in Federal Elections, 91 Fed. Reg. 17125 (2026), was premature where challenges were filed before the USPS issued a Final Rule. See Trump, 609 U.S. at __, 2026 WL 2473573, at *5. A Final Rule has now issued and, contrary to Defendants’ cynical interpretation, the Supreme Court has not endorsed the view that any challenge to the Final Rule is now too late.

Further, Defendants’ branding the Final Rule’s changes as “modest” does not alter the actual requirements of the Final Rule, which condition all use of the postal service for election mail on the USPS’s sign−off on ballot envelopes and return envelopes, and which requires State and local election officials to first obtain that sign−off and then upload and certify each voter’s information through the USPS Portal before being permitted to use federal mail. 91 Fed. Reg. at 54985 (the Final Rule “requires... that [S]tates that choose to use the U.S. mail as part of their elections adhere to certain standard mailpiece design and data reporting standards when sending Federal Ballot Mail.”) (emphasis added). And new merits arguments omitted from the TRO briefing are appropriately raised in the parties’ preliminary injunction briefing, rather than in a memorandum in support of a motion to stay.

Third, as to irreparable harm to the Plaintiff States and to the Plaintiff Organizations and their members, the court reiterates the conclusions laid out in the August 27, 2026 Memorandum and Order [ 218 ]. Id. at 8–9. Plaintiff States’ election officials maintain that full compliance with the Final Rule is likely impossible and that the USPS’ prohibition on mailing non−compliant mail ballots will likely result in substantial disenfranchisement for the midterms. Id.; see, e.g., Brunton Decl. ¶ 10, California v. USPS, No. 1:26−cv−13917 [Doc. No. 4−18] (North Carolina election official has

| | | |
|---|---|---|
| | | “profound concerns that the Rule will prevent eligible voters from voting, including in the November 2026 general election. North Carolina will strive to ensure that voters have an opportunity to vote, and the Rule imposes significant burdens on doing so.”).<br><br>Fourth, as to Defendants’ claimed irreparable harm, the court has narrowly tailored the TRO to allow the USPS to establish the Ballot Mail Portal and communicate with States about design standards so long as States’ participation is not required. See Mem. & Order 10–11 [Doc. No. 218] (Order § 1(a)–(d)); Defs.’ Notice [Doc. No. 227−1] (Defense counsel’s notification to USPS Defendants). Intervenor−Defendants’ assertions of irreparable harm, see Hoskins Decl. ¶ 8 [Doc. No. 231−1], are likewise unavailing where the TRO does not bar any State from seeking USPS approval of their ballot designs or uploading voter information to the Portal. See Mem. & Order 111 [Doc. No. 218] (Order § 1(e)–(g)). The TRO limits the mandatory nature of the Final Rule, not voluntary participation by States that choose to do so.<br><br>Finally, as to the public interest, the court underscores that the late timing of the changes to State election practices the federal agency seeks to impose by Final Rule are contrary to the public’s need for “clear and settled” “rules of the road” for November 3, 2026 midterm elections, now only two months away. Democratic Nat’l Comm. v. Wis. State Legislature, 592 U.S. 1039, 1043 (2020) (Kavanaugh, J., concurring).<br><br>(MAP) (Entered: 08/31/2026) |
| 08/31/2026 | 243 | NOTICE by Frank J Bisignano, Department of Homeland Security, Joseph B. Edlow, Derek T Kan, Amber F McReynolds, Markwayne Mullin, Social Security Administration, David Steiner, Ronald A Stroman, Daniel M Tangherlini, Donald J Trump, Douglas A Tulino, U.S. Citizenship and Immigration Services, United States Postal Service, United States Postal Service Board of Governors (Pezzi, Stephen) (Entered: 08/31/2026) |
| 08/31/2026 | 244 | MOTION for Leave to File Amicus Brief by Brandon Michael Hayes. (Attachments: # 1 Proposed Amicus Brief, # 2 Proposed order)(MAP) (Entered: 08/31/2026) |
| 08/31/2026 | 245 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 240 Motion for Leave to Appear Pro Hac Vice Added Jon May.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 08/31/2026) |
| 08/31/2026 | 246 | Judge Indira Talwani: ELECTRONIC ORDER entered granting 241 Motion for Leave to Appear Pro Hac Vice Added Daniel Arshack. |

| | | |
|---|---|---|
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MAP) (Entered: 08/31/2026) |

**United States District Court**

**District of Massachusetts**

## Notice of Electronic Filing

The following transaction was entered on 8/31/2026 at 2:23 PM EDT and filed on 8/31/2026

| | |
|---|---|
| **Case Name:** | League of Women Voters of Massachusetts et al v. Trump et al |
| **Case Number:** | 1:26−cv−11549−IT |
| **Filer:** | |
| **Document Number:** | 242(No document attached) |

**Docket Text:**
**Judge Indira Talwani: ELECTRONIC ORDER: On August 21, 2026, the United States Postal Service (“USPS”) issued a Final Rule concerning mail−in ballots, see USPS, Ballot Mail for Federal Elections, 91 Fed. Reg. 54966 (accessible as of Aug. 21, 2026, at https://public−inspection.federalregister.gov/2026−17238.pdf), with a publication date of August 26, 2026—less than 70 days before the November 3, 2026 midterm election.**

Plaintiff Organizations in this case and Plaintiff States in California v. USPS, No. 1:26−cv−13917, promptly challenged the Final Rule. This court found that the standards for a temporary restraining order (“TRO”) had been met and stayed for fourteen days the mandatory requirements of the Final Rule as they apply to the November 3, 2026 election. Mem. & Order [[218]].

Defendants’ and Intervenor−Defendants’ Motions to Stay [[228]], [[230]] now seek to undo the fourteen−day stay preserving the status quo in place prior to the federal agency’s altering of requirements applicable to State and local election officials “on the threshold of the upcoming election.” DSCC v. Trump, No. 26−5193, 2026 WL 2168617, at *6 (D.C. Cir. July 28, 2026) (citing Purcell v. Gonzalez, 549 U.S. 1 (2006)). These motions are DENIED.

First, although Defendants and Intervenor−Defendants seek a stay “pending appeal,” the TRO is not an appealable order under 28 U.S.C. § 1292(a)(1) where it is only in place for fourteen days, and the court has set a briefing schedule and a September 3, 2026 hearing on the pending preliminary injunction motions. See Order [[212]].

Second, as to the merits, as discussed in the court’s August 27, 2026 Memorandum and Order 6–8 [[218]], it is likely that the USPS lacked authority to issue the Final Rule and that the Final Rule is substantively unconstitutional and contrary to law. Defendants’ claim that they are entitled to relief because appellate review of this court’s TRO “would come too late for the 2026 midterms” misconstrues the Supreme Court’s August 24, 2026 Order. Defs.’ Mem. ISO Stay 7 [Doc. No. 229] (quoting Trump v. California, No. 26A124, 609 U.S. __, 2026 WL 2473573, at *4 (Aug. 24, 2026)). The Supreme Court found that review of President Donald J. Trump’s Executive Order 14399, Ensuring Citizenship Verification and Integrity in Federal Elections, 91 Fed. Reg. 17125 (2026), was premature where challenges were filed before the USPS issued a Final Rule. See Trump, 609 U.S. at __, 2026 WL 2473573, at *5. A Final Rule has now issued and, contrary to Defendants’ cynical interpretation, the Supreme Court has not endorsed the view that any challenge to the Final Rule is now too late.

Further, Defendants’ branding the Final Rule’s changes as “modest” does not alter the actual requirements of the Final Rule, which condition all use of the postal service for election mail on the USPS’s sign−off on ballot envelopes and return envelopes, and which requires State and local election officials to first obtain that sign−off and then upload and certify each voter’s information through the USPS Portal before being permitted to use federal mail. 91 Fed. Reg. at 54985 (the Final Rule “requires... that [S]tates that choose to use the U.S. mail as part of their elections adhere to certain

standard mailpiece design and data reporting standards when sending Federal Ballot Mail.”) (emphasis added). And new merits arguments omitted from the TRO briefing are appropriately raised in the parties’ preliminary injunction briefing, rather than in a memorandum in support of a motion to stay.

Third, as to irreparable harm to the Plaintiff States and to the Plaintiff Organizations and their members, the court reiterates the conclusions laid out in the August 27, 2026 Memorandum and Order [[218]]. Id. at 8–9. Plaintiff States’ election officials maintain that full compliance with the Final Rule is likely impossible and that the USPS’ prohibition on mailing non−compliant mail ballots will likely result in substantial disenfranchisement for the midterms. Id.; see, e.g., Brunton Decl. ¶ 10, California v. USPS, No. 1:26−cv−13917 [Doc. No. 4−18] (North Carolina election official has “profound concerns that the Rule will prevent eligible voters from voting, including in the November 2026 general election. North Carolina will strive to ensure that voters have an opportunity to vote, and the Rule imposes significant burdens on doing so.”).

Fourth, as to Defendants’ claimed irreparable harm, the court has narrowly tailored the TRO to allow the USPS to establish the Ballot Mail Portal and communicate with States about design standards so long as States’ participation is not required. See Mem. & Order 10–11 [Doc. No. 218] (Order § 1(a)–(d)); Defs.’ Notice [Doc. No. 227−1] (Defense counsel’s notification to USPS Defendants). Intervenor−Defendants’ assertions of irreparable harm, see Hoskins Decl. ¶ 8 [Doc. No. 231−1], are likewise unavailing where the TRO does not bar any State from seeking USPS approval of their ballot designs or uploading voter information to the Portal. See Mem. & Order 111 [Doc. No. 218] (Order § 1(e)–(g)). The TRO limits the mandatory nature of the Final Rule, not voluntary participation by States that choose to do so.

Finally, as to the public interest, the court underscores that the late timing of the changes to State election practices the federal agency seeks to impose by Final Rule are contrary to the public’s need for “clear and settled” “rules of the road” for November 3, 2026 midterm elections, now only two months away. Democratic Nat’l Comm. v. Wis. State Legislature, 592 U.S. 1039, 1043 (2020) (Kavanaugh, J., concurring).

(MAP)
**1:26−cv−11549−IT Notice has been electronically mailed to:**

Tracy A. Miner     tminer@msdefenders.com

Rayford A. Farquhar     rayford.farquhar@usdoj.gov, caseview.ecf@usdoj.gov, olivia.padden@usdoj.gov, usama.ecf@usdoj.gov

Richard D. Bernstein     rbernsteinlaw@gmail.com

Inga S. Bernstein     ibernstein@zalkindlaw.com, rduteau@zalkindlaw.com

Brenda Wright     bwright@naacpldf.org

Ian D. Prior     ian.prior@aflegal.org

Sarah E Brannon     sbrannon@aclu.org

Jessie J. Rossman     jrossman@aclum.org, acaruso@aclum.org, waltshuler@aclum.org

Ana I. Munoz     amunoz@zalkindlaw.com, amccormick@zalkindlaw.com

Suzanne Schlossberg     sschlossberg@aclum.org

Ruth M. Greenwood     rgreenwood@law.harvard.edu

Stephen Michael Pezzi     stephen.pezzi@usdoj.gov, fedprog.ecf@usdoj.gov

Matthew James O'Brien     mobrien@fairus.org, mattcrapo@recap.email, mcrapo@fairus.org

Michael Velchik     michael.velchik@usdoj.gov

James Rodriguez     jay.rodriguez@ag.ks.gov

Kyle R Freeny     kfreeny@washingtonlitigationgroup.org, kyle−freeny−8483@ecf.pacerpro.com

Sophia Lin Lakin     slakin@aclu.org

Theresa J. Lee     tlee@aclu.org

Niyati Shah     nshah@advancingjustice−aajc.org

Esam Al−Shareffi     esam.k.al−shareffi@usdoj.gov

Davin McKay Rosborough     drosborough@aclu.org

Ming Cheung     mcheung@aclu.org

Clayton Pierce     cpierce@aclu.org

Jonathan Topaz     jtopaz@aclu.org

Ethan Herenstein     eherenstein@aclu.org

Adriel I. Cepeda Derieux     acepedaderieux@aclu.org

David M.S. Dewhirst     david.dewhirst@myfloridalegal.com, jenna.hodges@myfloridalegal.com

William Miles Hughes     whughes@aclu.org

Isabel Sara Rohani     srohani@naacpldf.org

Eliza Sweren−Becker     sweren−beckere@brennan.law.nyu.edu

John Spencer Cusick     jcusick@naacpldf.org

Andrew B. Garber     garbera@brennan.law.nyu.edu, garciac@brennan.law.nyu.edu, martinez−ochoak@brennan.law.nyu.edu, reyese@brennan.law.nyu.edu

Wendy Weiser     weiserw@brennan.law.nyu.edu

Leah Camille Aden     laden@naacpldf.org

Justin Lam     lamju@brennan.law.nyu.edu, morales−doyles@brennan.law.nyu.edu

Ejaz H Baluch, Jr ebaluch@advancingjustice−aajc.org

Alexander Barrett Bowdre barrett.bowdre@alabamaag.gov, rene.whyard@alabamaag.gov

Noah Baron nbaron@advancingjustice−aajc.org

John Michael Patton michael.patton@ago.mo.gov

Louis Joseph Capozzi, III louis.capozzi@ago.mo.gov, tammy.glenn@ago.mo.gov

Joseph David Spate josephspate@scag.gov

Christian Brian Corrigan christian.corrigan@mt.gov

Douglas Maynard Poland dpoland@lawforward.org

Jeffrey A Mandell jmandell@lawforward.org

Rachel Elizabeth Snyder rsnyder@lawforward.org

Samantha Bateman sbateman@washingtonlitigationgroup.org

Miranda Galindo mgalindo@latinojustice.org

Benjamin Gilberg benjamin.gilberg@ago.mo.gov, tammy.glenn@ago.mo.gov

Michael Polito michael.s.polito@usdoj.gov

**1:26−cv−11549−IT Notice will not be electronically mailed to:**