# United States Court of Appeals
## For the First Circuit

---

**DOCKETING STATEMENT**

**No.** 26-1944 **Short Title:** League of Women Voters of Massachusetts, et al. v. State of Missouri, et al.

**Type of Action**

- ☑ Civil
- ☐ Criminal/Prisoner
- ☐ Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from August 11, 2026
   2. Date this notice of appeal filed August 18, 2026
      If cross appeal, date first notice of appeal filed ____________
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) ____________
   4. Date of entry of order deciding above post-judgment motion ____________
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) ____________
      Time extended to ____________

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? ☐ Yes ☑ No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? ☐ Yes ☑ No
         If yes, explain ____________
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? ☑ Yes ☐ No
         If yes, explain grant of preliminary injunction, 28 U.S.C. § 1292(a)(1)

C. Has this case previously been appealed? ☐ Yes ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal ____________

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? ☑ Yes ☐ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party SEE ATTACHED SHEET
Attorney
Address
Telephone

2. Adverse party
Attorney
Address
Telephone

3. Adverse party
Attorney
Address
Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name SEE ATTACHED SHEET
Address
Telephone

Attorney's name
Firm
Address
Telephone

2. Appellant's name
Address
Telephone

Attorney's name
Firm
Address
Telephone

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature /s/ Louis J. Capozzi III

Date September 3, 2026

**List of related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?**

D. Mass.:

- California v. Trump, No. 1:26-cv-11581-IT
- California v. USPS, No. 1:26-cv-13917-IT

CA1:

- California v. USPS, No. 26-1987
- League of Women Voters of Massachusetts v. Trump, No. 26-1988
- League of Women Voters of Massachusetts v. Missouri, No. 26-1989
- California v. Missouri, No. 26-1991

**List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party.**

**Plaintiff-Appellees**

- League of Women Voters of Massachusetts
- League of Women Voters Lotte E. Scharfman Memorial Education Fund
- League of Women Voters of the United States
- League of Women Voters Education Fund
- Association of Americans Resident Overseas
- U.S. Vote Foundation
- Oca-Asian Pacific American Advocates
- Delta Sigma Theta Sorority, Inc.

**Counsel for adverse parties listed above:**

**ACLU Foundation**

Ethan Herenstein
William Miles Hughes
Sophia Lin Lakin
Ming Cheung
Theresa J. Lee
Clayton Pierce
Davin McKay Rosborough
Jonathan J. Topaz
125 Broad St., 18th Fl
New York, NY 10004-0000
212-549-2500
212-549-2500
212-549-2640

**ACLU of MA**
Jessie J. Rossman
Suzanne Schlossberg
1 Center Plaza, Ste 850
Boston, MA 02108
617-482-3170
617-482-3170

**ACLU Foundation**
Sarah Brannon
Adriel I. Cepeda Derieux
915 15th St NW
Washington, DC 20005
740-632-0671
212-284-7334

**Asian Americans Advancing Justice - AAJC** Ejaz H. Baluch, Jr.
Noah Baron
Niyati Shah
1620 L St NW, Ste 1050
Washington, DC 20036
202-296-2300
202-868-0396
202-815-1098

**Brennan Center for Justice**
Andrew B. Garber
Eliza Sweren-Becker
Wendy Weiser
NYU School of Law
120 Broadway, Ste 1750
New York, NY 10271
646-292-8310
917-445-3032

**Brennan Center for Justice at NYU School of Law**
Justin Lam
777 6th St NW, Ste 1100
Washington, DC 20001
202-753-5911

**Latino Justice PRLDEF**
Miranda Galindo
475 Riverside Dr., Ste 1901
New York, NY 10115

**NAACP Legal Defense & Educational Fund Inc** Leah C. Aden
Brenda Wright
John S. Cusick
40 Rector St, 5th Fl
New York, NY 10006
212-965-2200
617-913-1967
212-965-2200

**NAACP Legal Defense & Educational Fund Inc** Isabel Sara Rohani
700 14th St NW, Ste 600
Washington, DC 20005
202-365-2154

**Defendant-Appellees**

DONALD J. TRUMP, in the official capacity as President of the United States;
US POSTAL SERVICE;
BOARD OF GOVERNORS OF THE UNITED STATES POSTAL SERVICE;
DAVID STEINER, in the official capacity as Postmaster General;
DOUGLAS TULINO, in the official capacity as Deputy Postmaster General;
AMBER MCREYNOLDS, in the official capacity as Chairwoman of the Board of Governors of the United States Postal Service;
DEREK T. KAN, in the official capacity as the Vice Chairman of the Board of Governors of the United States Postal Service;
RONALD STROMAN, in the official capacity as a member of the Board of Governors of the United States Postal Service;
DANIEL MARK TANGHERLINI, in the official capacity as a member of the Board of Governors of the United States Postal Service;
US DEPT. OF HOMELAND SECURITY
MARKWAYNE MULLIN, in the official capacity as the Secretary of the Department of Homeland Security;
SOCIAL SECURITY ADMINISTRATION;
FRANK J. BISIGNANO, in the official capacity as Commissioner of the Social Security Administration;
U.S. CITIZENSHIP AND IMMIGRATION SERVICES;
JOSEPH B. EDLOW, in the official capacity as Director of U.S. Citizenship and Immigration Services.

Esam Al-Shareffi
US Dept of Justice
Civil Div-Rm 12520
1100 L St NW
Washington, DC 20530
845-536-4560

Rayford A. Farquhar
Donald Campbell Lockhart
US Attorney's Office
1 Courthouse Way
Ste 9200
Boston, MA 02210

Stephen Michael Pezzi
US Dept of Justice
Civil Division
1100 L St NW
Washington, DC 20530
202-305-8576

List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's

Counsel**.**

- State of Missouri
- State of Alabama
- State of Florida
- State of Indiana
- State of Kansas
- State of Louisiana
- State of Montana
- State of Nebraska
- State of Oklahoma
- State of South Carolina
- State of South Dakota
- State of Texas

Counsel for Appellants listed above:


**State of Missouri**
Louis J. Capozzi, III
Benjamin Gilberg
Office of Missouri Attorney General
815 Olive Street, #200
St. Louis, MO 63101
573-645-9662
573-418-7271

J. Michael Patton
Office of Missouri Attorney General
615 E. 13th Street, #401
Kansas City, MO 64106
816-889-2250

**State of Alabama**
Alexander Barrett Bowdre
Ian D. Prior
501 Washington Ave
PO Box 300152
Montgomery, AL 36130-0152
334-353-8892
571-639-6711

**State of Florida**
David M.S. Dewhirst
Jason J. Muehlhoff

**State of Montana**
Christian B. Corrigan
Office of the Attorney General
215 N Sanders
Helena, MT 59601
406-444-2707

**State of Nebraska**
Cody S. Barnett
NE Attorney General's Office
1445 K St, Rm 2115
Lincoln, NE 68508
402-471-6933

**State of Oklahoma**
Garry M. Gaskins, II
OK Attorney General
313 NE 21st St
Oklahoma City, OK 73105-0000
918-749-7378

**State of South Carolina**
Joseph David Spate
SC Attorney General's Office

FL Attorney General's Office
PL-01, The Capitol
Tallahassee, FL 32399-1050
850-414-3681
850-414-3300

**State of Indiana**
James A. Barta
IN Attorney General's Office
302 W Washington St., 5th Fl
Indianapolis, IN 46204
317-232-0709

**State of Kansas**
James R. Rodriguez
KS Office of Attorney General
120 SW 10th Ave., 2nd Fl
Topeka, KS 66612-0000
785-368-8197

**State of Louisiana**
J. Benjamin Aguinaga
Louisiana Department of Justice
1885 North Third St
Baton Rouge, LA 70802
225-506-3746

PO Box 11549
Columbia, SC 29211-1549
803-734-3371

**State of South Dakota**
Grant Michael Flynn
SD Attorney General's Office
1302 E Hwy 14, Ste 1
Pierre, SD 57501-8501
605-773-3215

**State of Texas**
David Bryant
TX Attorney General's Office
PO Box 12548
Austin, TX 78711-2548
512-463-2100